| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF NEW JERSEY | |
| Case number (if known) | Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  VoicePulse Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  06-1682523

4. **Debtor's address**

   **Principal place of business**
   1095 Cranbury South River Road
   Suite 16
   Monroe Township, NJ 08831
   Number, Street, City, State & ZIP Code

   Middlesex
   County

   **Mailing address, if different from principal place of business**

   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify:

Debtor  **VoicePulse Inc.**  Case number (*if known*)
        Name

7. **Describe debtor's business**  A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*
   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:
   
   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   ■ No.
   ☐ Yes.
   
   If more than 2 cases, attach a separate list.
   
   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ■ No
    ☐ Yes.
    
    List all cases. If more than 1, attach a separate list
    
    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Debtor  **VoicePulse Inc.**  
Name

Case number (*if known*) _____

**11. Why is the case filed in *this district*?**

Check all that apply:

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property? _____  
Number, Street, City, State & ZIP Code

Is the property insured?

- ☐ No
- ☐ Yes. Insurance agency _____  
  Contact name _____  
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☑ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☑ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **VoicePulse Inc.**                                                    Case number (*if known*)
         Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 5, 2016**
               MM / DD / YYYY

X  **/s/ Ravi Sakaria**                                          **Ravi Sakaria**
   Signature of authorized representative of debtor              Printed name

Title   **President**

**18. Signature of attorney**

X  **/s/ Anthony Sodono, III**                                   Date   **August 5, 2016**
   Signature of attorney for debtor                                     MM / DD / YYYY

**Anthony Sodono, III**
Printed name

**Trenk, DiPasquale, Della Fera & Sodono, P.C.**
Firm name

**347 Mount Pleasant Avenue**
**Suite 300**
**West Orange, NJ 07052**
Number, Street, City, State & ZIP Code

Contact phone   **973-243-8600**          Email address

Bar number and State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

## RESOLUTION OF SPECIAL MEETING
## OF VOICEPULSE INC.

I hereby certify that at a duly called and held special meeting of the members of VoicePulse Inc., a New Jersey corporation (the "Corporation"), held on the 5th day of August, 2016, the following Resolution was proposed and unanimously adopted:

> **BE IT RESOLVED**, the aforementioned Corporation, in view of its financial condition, be and is hereby authorized and directed on behalf of the Company, to file a petition pursuant to Chapter 11 of the Bankruptcy Code and retain the services of counsel for the purposes of preparing, filing, and prosecuting a Petition under Chapter 11 and to take all steps necessary and related thereto, and that Ravi Sakaria, the President and sole shareholder of the Corporation, is hereby authorized to execute the Petition and any other pleadings or documents he deems necessary in connection with the Chapter 11 case of the Company; and it is further
>
> **RESOLVED,** that Ravi Sakaria, President and sole shareholder of the Corporation, be and hereby is, authorized and directed in the name and on behalf of the Corporation, to prepare, execute, issue, deliver and/or file any and all such further agreements, certificates, instruments, letters and pleadings and other documents to perform any and all such acts as he may deem necessary or desirable to effectuate fully the foregoing Resolution; and it is further
>
> **RESOLVED**, that the Corporation is authorized to retain the law firm of Trenk, DiPasquale, Della Fera & Sodono, P.C., to represent the Corporation in connection with the Chapter 11 filing.

In certification hereof, I do set my hand and seal this 5th day of August, 2016.

**VOICEPULSE INC.**

By: _/s/ Ravi Sakaria_
Ravi Sakaria
President

4846-1762-1814, v. 1

Broadview Networks
P.O. Box 9242
Uniondale, NY 11555


Centauri Communications
3984 Washington Road
Suite 191
Fremont, CA 94538


Comcast Business
P.O. Box 37601
Philadelphia, PA 19101


Earthlink
P.O. Box 78343
Atlanta, GA 30357


Forsgate Industrial Partners
1095 Cranbury South River
Monroe Township, NJ 08831


GTT Communications Inc.
fka UNSi fka UNSI
7900 Tysons One Place
Suite 1450
Mc Lean, VA 22102


Impact Telecom
P.O. Box 51923
Los Angeles, CA 90051


IOU Financial
600 Townpark Lane
#100
Kennesaw, GA 30144


John J. Zefutie, Jr., Esq.
Duane Morris LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1800
Newark, NJ 07102


Ketan P. Patel
8 Maple Street
Chatham, NJ 07928

Koehler & Company
1260 South River Road
Cranbury, NJ 08512


Level 3 Communications
1025 Eldorado Boulevard
Broomfield, CO 80021


Lightower
c/o Cross Connect Solutions, Inc.
P.O. Box 28737
New York, NY 10087


Merchants Advance, LLC
475 Park Avenue South
New York, NY 10016


Netcarrier Telecom
4000 N Cannon Avenue
Lansdale, PA 19446


Neustar
21575 Ridgetop Circle
Sterling, VA 20166


Onvoy
130 N Main Street
Third Floor
Butte, MT 59701


PSE&G
P.O. Box 14444
New Brunswick, NJ 08906


Ravi Sakaria
331 Esther Plaza
Princeton, NJ 08542


Salesforce.com Inc.
The Landmark at One Market
Suite 300
San Francisco, CA 94105

The Hartford
301 Woods Park Drive
NY 11323


Transbeam
8 West 38th Street
7th Floor
New York, NY 10018


Ugo Colella, Esq.
Patton Boggs LLP
2550 M Street, NW
7th Floor
Washington, DC 20037


Verizon
500 Technology Drive
Suite 550
Saint Charles, MO 63304


WebBank
c/o CAN Capital Asset Servicing, Inc.
155 North 400 West
Suite 315
Salt Lake City, UT 84103


West
1601 Dry Creek Drive
Longmont, CO 80503


Windstream
P.O. Box 3177
Cedar Rapids, IA 52406


YouMail, Inc.
43 Corporate Park
Suite 200
Irvine, CA 92606