**Fill in this information to identify the case:**

Debtor name  **VoicePulse Inc.**

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known)  **16-25075 (MBK)**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration  **Profit and Loss Statement; Balance Sheet; Statement of Cash Flows; Tax Return**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 19, 2016**　　　X */s/ Ravi Sakaria*
　　　　　　　　　　　　　　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　**Ravi Sakaria**
　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　**President**
　　　　　　　　　　　　　　　　　　Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **VoicePulse Inc.**

United States Bankruptcy Court for the:    **DISTRICT OF NEW JERSEY**

Case number (if known):    **16-25075 (MBK)**

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ketan P. Patel 8 Maple Street Chatham, NJ 07928 | | | | | | $422,222.19 |
| Internal Revenue Service Attention:  District Director 955 South Springfield Avenue P.O. Box 724 Springfield, NJ 07081 | | Estimated taxes, without interest or penalties | | | | $160,546.00 |
| IOU Financial 600 Townpark Lane #100 Kennesaw, GA 30144 | | | | | | $70,000.00 |
| Level 3 Communications 1025 Eldorado Boulevard Broomfield, CO 80021 | | | | | | $50,316.96 |
| Federal Communications Commission 445 12th Street SW Washington, DC 20554 | | Universal Service Fund | | | | $50,000.00 |
| State of New Jersey Division of Taxation Sales & Use Tax PO Box 999 Trenton, NJ 08625 | | Taxes. | | | | $50,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | VoicePulse Inc. | | Case number *(if known)* | 16-25075 (MBK) |
|--------|----------------|-|---------------------------|-----------------|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Salesforce.com Inc. The Landmark at One Market Street Suite 300 San Francisco, CA 94105 | | | | | | $48,060.00 |
| Broadview Networks P.O. Box 9242 Uniondale, NY 11555 | | | | | | $35,309.20 |
| Onvoy 130 N Main Street Third Floor Butte, MT 59701 | | | | | | $34,136.35 |
| Neustar 21575 Ridgetop Circle Sterling, VA 20166 | | | | | | $30,405.90 |
| Windstream P.O. Box 3177 Cedar Rapids, IA 52406 | | | | | | $23,781.05 |
| Lightower c/o Cross Connect Solutions, Inc. P.O. Box 28737 New York, NY 10087 | | | | | | $12,438.45 |
| The Hartford 301 Woods Park Drive Clinton, NY 13323 | | | | | | $9,579.00 |
| GTT Communications Inc. fka UNSi fka UNSI 7900 Tysons One Place Suite 1450 Mc Lean, VA 22102 | | | | | | $8,779.25 |
| Impact Telecom P.O. Box 51923 Los Angeles, CA 90051 | | | | | | $8,587.35 |
| Transbeam 8 West 38th Street 7th Floor New York, NY 10018 | | | | | | $5,243.03 |
| West Corp. 1601 Dry Creek Drive Longmont, CO 80503 | | | | | | $4,836.54 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **VoicePulse Inc.**

Name

Case number *(if known)*    **16-25075 (MBK)**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Earthlink P.O. Box 78343 Atlanta, GA 30357 | | | | | | $4,169.05 |
| Centauri Communications 3984 Washington Road Suite 191 Fremont, CA 94538 | | | | | | $3,325.00 |
| Netcarrier Telecom 4000 N Cannon Avenue Lansdale, PA 19446 | | | | | | $2,639.59 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **VoicePulse Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **16-25075 (MBK)** |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................... $    0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................. $    48,929.22

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................... $    48,929.22

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    122,300.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $    260,546.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    845,608.75

4. **Total liabilities** ....................................................................................
   Lines 2 + 3a + 3b                                                                     $    1,228,454.75

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **VoicePulse Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **16-25075 (MBK)** |

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the amount of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | | 4971 | $145.63 |
| 3.2. | **Wells Fargo Bank** | | 0957 | $0.00 |
| 3.3. | **Wells Fargo Bank** | | 1188 | $99.52 |
| 3.4. | **Wells Fargo Bank** | | 0504 | $559.42 |
| 3.5. | **Wells Fargo Bank** | | 0119 | $300.08 |

**4.    Other cash equivalents** *(Identify all)*

**5.    Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$1,104.65

| Part 2: | Deposits and Prepayments |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **VoicePulse Inc.** | Case number *(if known)*  **16-25075 (MBK)** |
|---|---|---|
| | Name | |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.   **Security Deposit for Commercial Lease**                                             $10,124.57

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                | $10,124.57 |
      Add lines 7 through 8. Copy the total to line 81.

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

## Part 4:    Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| **Desks, chairs, conference rooms, shelving** | $0.00 | | $2,000.00 |
| 40.    **Office fixtures** | | | |

Debtor    **VoicePulse Inc.**
Name                                                          Case number *(If known)* **16-25075 (MBK)**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

| | | |
|---|---|---|
| **Employee laptops and IPads** | $0.00 | **$8,000.00** |
| **Desktop monitors and televisions** | $0.00 | **$3,000.00** |
| **Printers and scanners** | $0.00 | **$9,000.00** |
| **Telephones** | $0.00 | **$1,000.00** |
| **Photo equipment** | $0.00 | **$2,000.00** |
| **Tools** | $0.00 | **$700.00** |

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

**$25,700.00**

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Computers, routers, networking equipment New York City colocation space** | $0.00 | | **$6,000.00** |
| **Computers, routers, networking equipment San Francisco colocation space** | $0.00 | | **$2,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **VoicePulse Inc.**                                    Case number *(If known)* **16-25075 (MBK)**
Name

| | | |
|---|---|---|
| **Computers, routers, networking equipment** | $0.00 | $4,000.00 |
| **Philadelphia colocation space** | | |

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $12,000.00 |
|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **VoicePulse Inc.** | Case number *(if known)* **16-25075 (MBK)** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,104.65 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,124.57 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $25,700.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $12,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $48,929.22 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $48,929.22 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **VoicePulse Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) **16-25075 (MBK)**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **Merchants Advance, LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Paid in Full - UCC still appears of record** | **$0.00** | **$0.00** |
| | **475 Park Avenue South**<br>**New York, NY 10016**<br>Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br><br>**Last 4 digits of account number** | | | |
| | Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| **2.2** | **WebBank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Credit card receivables.** | **$122,300.00** | **Unknown** |
| | **c/o CAN Capital Asset**<br>**Servicing, Inc.**<br>**414 West 14th Street, #302**<br>**New York, NY 10014**<br>Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br>**February 26, 2016**<br>**Last 4 digits of account number** | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **VoicePulse Inc.**                                            Case number (if know)   **16-25075 (MBK)**

Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$122,300.00** |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **VoicePulse Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **16-25075 (MBK)**

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Assisstant Attorney General<br>Department of Justice - Tax<br>Division<br>Judiciary Center Building<br>555 4th Street, N.W. - Room 6126<br>Washington, DC 20001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice only.** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>**Christopher S. Porrino, Attorney<br>General<br>Richard J. Hughes Justice<br>Complex<br>25 Market Street<br>PO Box 080<br>Trenton, NJ 08625-0080** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice only.** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    35504                    Best Case Bankruptcy

| Debtor | **VoicePulse Inc.** | Case number (if known) | **16-25075 (MBK)** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Division of Taxation**
**124 Halsey Street**
**Second Floor**
**Newark, NJ 07102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 | $50,000.00 |
|---|---|---|---|---|

**Federal Communications**
**Commission**
**445 12th Street SW**
**Washington, DC 20554**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Universal Service Fund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Hon. Loretta Lynch, Atty. General**
**U.S. Department of Justice**
**950 Pennsylvania Avenue, N.W.**
**Washington, DC 20530-0001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160,546.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Attention:  District Director**
**955 South Springfield Avenue**
**P.O. Box 724**
**Springfield, NJ 07081**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Estimated taxes, without interest or penalties**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **VoicePulse Inc.** | Case number (if known) | **16-25075 (MBK)** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Special Procedures Branch**
**Attention:  Bankruptcy Section**
**PO Box 744**
**Springfield, NJ 07081-0744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**2970 Market Street**
**Mail Stop 5-Q30.133**
**Philadelphia, PA 19104-5016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New Jersey Division of Taxation**
**Bankruptcy Section**
**PO Box 245**
**Trenton, NJ 08695-0245**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Office of the Chief Counsel**
**Internal Revenue Service**
**SB/SE Division Counsel**
**One Newark Center, Suite 1500**
**Newark, NJ 07102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **VoicePulse Inc.** | | Case number (if known) | **16-25075 (MBK)** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Office of the United States
Attorney
Attn:  Eamonn J. O'Hagan, Esq.
970 Broad Street, 5th Floor
Newark, NJ 07102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of New Jersey
Division of Taxation
Gross Income Tax
PO Box 269
Trenton, NJ 08625**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 | $50,000.00 |
|---|---|---|---|---|

**State of New Jersey
Division of Taxation
Sales & Use Tax
PO Box 999
Trenton, NJ 08625**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of New Jersey
Division of Employer Accounts
Attention:  Stanley A. Cooper
PO Box 379
Trenton, NJ 08625**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **VoicePulse Inc.** | | Case number (if known) | **16-25075 (MBK)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,309.20** |
|---|---|---|---|

**Broadview Networks**
P.O. Box 9242
Uniondale, NY 11555

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **A652**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,325.00** |
|---|---|---|---|

**Centauri Communications**
3984 Washington Road
Suite 191
Fremont, CA 94538

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,814.13** |
|---|---|---|---|

**Comcast Business**
P.O. Box 37601
Philadelphia, PA 19101

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7087**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,169.05** |
|---|---|---|---|

**Earthlink**
P.O. Box 78343
Atlanta, GA 30357

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2006**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,779.25** |
|---|---|---|---|

**GTT Communications Inc.**
fka UNSi fka UNSI
7900 Tysons One Place
Suite 1450
Mc Lean, VA 22102

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6655**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,587.35** |
|---|---|---|---|

**Impact Telecom**
P.O. Box 51923
Los Angeles, CA 90051

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8803**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,000.00** |
|---|---|---|---|

**IOU Financial**
600 Townpark Lane
#100
Kennesaw, GA 30144

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **VoicePulse Inc.** | Case number (if known) | **16-25075 (MBK)** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$422,222.19** |
|---|---|---|---|

**Ketan P. Patel**
**8 Maple Street**
**Chatham, NJ 07928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,367.50** |
|---|---|---|---|

**Koehler & Company**
**1260 South River Road**
**Cranbury, NJ 08512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,316.96** |
|---|---|---|---|

**Level 3 Communications**
**1025 Eldorado Boulevard**
**Broomfield, CO 80021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4931**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,438.45** |
|---|---|---|---|

**Lightower**
**c/o Cross Connect Solutions, Inc.**
**P.O. Box 28737**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **P001**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,639.59** |
|---|---|---|---|

**Netcarrier Telecom**
**4000 N Cannon Avenue**
**Lansdale, PA 19446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2572**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,405.90** |
|---|---|---|---|

**Neustar**
**21575 Ridgetop Circle**
**Sterling, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **IC04**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,136.35** |
|---|---|---|---|

**Onvoy**
**130 N Main Street**
**Third Floor**
**Butte, MT 59701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1011**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **VoicePulse Inc.** | | Case number (if known) | **16-25075 (MBK)** |
|---|---|---|---|---|
| | Name | | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,616.33 |
|---|---|---|---|
| | **PSE&G** | ☐ Contingent | |
| | **P.O. Box 14444** | ☐ Unliquidated | |
| | **New Brunswick, NJ 08906** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __2905__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,000.00 |
|---|---|---|---|
| | **Ravi Sakaria** | ☐ Contingent | |
| | **41 Reed Drive South** | ☐ Unliquidated | |
| | **Princeton Junction, NJ 08550** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,060.00 |
|---|---|---|---|
| | **Salesforce.com Inc.** | ☐ Contingent | |
| | **The Landmark at One Market Street** | ☐ Unliquidated | |
| | **Suite 300** | ☐ Disputed | |
| | **San Francisco, CA 94105** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __7677__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,579.00 |
|---|---|---|---|
| | **The Hartford** | ☐ Contingent | |
| | **301 Woods Park Drive** | ☐ Unliquidated | |
| | **Clinton, NY 13323** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __2086__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,243.03 |
|---|---|---|---|
| | **Transbeam** | ☐ Contingent | |
| | **8 West 38th Street** | ☐ Unliquidated | |
| | **7th Floor** | ☐ Disputed | |
| | **New York, NY 10018** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __1737__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $426.68 |
|---|---|---|---|
| | **Verizon** | ☐ Contingent | |
| | **500 Technology Drive** | ☐ Unliquidated | |
| | **Suite 550** | ☐ Disputed | |
| | **Saint Charles, MO 63304** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __370Y__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,836.54 |
|---|---|---|---|
| | **West Corp.** | ☐ Contingent | |
| | **1601 Dry Creek Drive** | ☐ Unliquidated | |
| | **Longmont, CO 80503** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __2770__ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **VoicePulse Inc.** | Case number (if known) | **16-25075 (MBK)** |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,781.05** |
|---|---|---|---|

**Windstream**
**P.O. Box 3177**
**Cedar Rapids, IA 52406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0286**

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$555.20** |
|---|---|---|---|

**YouMail, Inc.**
**43 Corporate Park**
**Suite 200**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**SB/SE Division Counsel**<br>**One Newark Center, Suite 1500**<br>**Newark, NJ 07102** | Line  **2.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **John J. Zefutie, Jr., Esq.**<br>**Duane Morris LLP**<br>**One Riverfront Plaza**<br>**1037 Raymond Boulevard, Suite 1800**<br>**Newark, NJ 07102** | Line  **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Ugo Colella, Esq.**<br>**Duane Morris LLP**<br>**505 9th Street, N.W.**<br>**Suite 1000**<br>**Washington, DC 20042-1660** | Line  **3.8**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **260,546.00** |
| 5b. Total claims from Part 2 | 5b. | + $ | **845,608.75** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | **1,106,154.75** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **VoicePulse Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **16-25075 (MBK)** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Office internet connection $600/month Month-to-Month Contract** | |
|---|---|---|---|
| | State the term remaining | | **Comcast Business P.O. Box 37601 Philadelphia, PA 19101** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Hosted PBX service Monthly Commitment of $2,500 Expires June 2019** | |
|---|---|---|---|
| | State the term remaining | | **CoreDial 751 Arbor Way Hillcrest 1 Suite 150 Blue Bell, PA 19422** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential commercial lease $4,800/month Expires 5/30/2017 May 2017** | |
|---|---|---|---|
| | State the term remaining | | **Forsgate Industrial Partners 1095 Cranbury South River Monroe Township, NJ 08831** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Off-site storage facility lease Approximately $250/month Expires 5/30/2017** | |
|---|---|---|---|
| | State the term remaining | | **Uncle Bob's Storage 268 Gatzmer Avenue Monroe Township, NJ 08831** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **VoicePulse Inc.**                                                    Case number *(if known)*   **16-25075 (MBK)**

　　　　　First Name　　　　　Middle Name　　　　　Last Name

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.5.    State what the contract or lease is for and the nature of the debtor's interest

**Revenues total approximately $5,500 per month from approximately 30 customers on one (1) year contracts. Expiration dates are between 6 - 12 months**

State the term remaining

**Various Customer Contracts (To Be Provided)**

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name          **VoicePulse Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **16-25075 (MBK)**

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                       Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Ravi Sakaria** | **41 Reed Drive South West Windsor, NJ 08550** | **WebBank** | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **VoicePulse Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **16-25075 (MBK)**

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other | $1,226,294.00 |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | $2,449,693.00 |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other | $2,741,617.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    **VoicePulse Inc.**                                                    Case number (if known)  **16-25075 (MBK)**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Onvoy**<br>130 N Main Street<br>Third Floor<br>Butte, MT 59701 | **May 10,<br>2016; May<br>12, 2016;<br>July 28, 2016** | $30,580.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **FMS DMS CGI** | **May 16,<br>2016; July<br>14, 2016** | $12,809.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Windstream**<br>P.O. Box 3177<br>Cedar Rapids, IA 52406 | **June 20,<br>2016** | $6,795.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Broadview Networks**<br>P.O. Box 9242<br>Uniondale, NY 11555 | **June 14,<br>2016** | $7,061.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Ketan P. Patel<br>8 Maple Street<br>Chatham, NJ 07928<br>Former Principal | **Monthly<br>Payments of<br>$11,111.11<br>August 2015<br>- July 2016** | $1,333,333.32 | **Per Settlement Agreement** |
| 4.2. Ravi Sakaria<br>31 Esther Plaza<br>Princeton, NJ 08542<br>President | **August 2015<br>through<br>Filing Date** | | **Reimbursement for shareholder<br>loans - $29,669.28 (shareholder<br>loaned company $33,250).** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

Debtor    **VoicePulse Inc.**                                    Case number *(if known)*    **16-25075 (MBK)**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **VoicePulse Inc.**    Case number (if known)    **16-25075 (MBK)**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Trenk, DiPasquale, Della Fera & Sodono**<br>**347 Mount Pleasant Avenue**<br>**Suite 300**<br>**West Orange, NJ 07052** | | **August, 2016** | **$29,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

Debtor    **VoicePulse Inc.**                                                    Case number (if known)    **16-25075 (MBK)**

---

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **VoicePulse Inc.**                                    Case number (if known)  **16-25075 (MBK)**

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■  None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■  None

| Name and address | | Date of service<br>From-To |
|---|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■  None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■  None

| Name and address | | If any books of account and records are<br>unavailable, explain why |
|---|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■  None

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor    **VoicePulse Inc.**                                              Case number *(if known)*  **16-25075 (MBK)**

Name and address

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **VoicePulse Inc.**                                    Case number *(if known)*    **16-25075 (MBK)**

---

**Part 14:**    Signature and Declaration

    **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 19, 2016**

**/s/ Ravi Sakaria**                                    **Ravi Sakaria**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

---

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re **VoicePulse Inc.**                                                          Case No. __**16-25075 (MBK)**__

_____            Chapter __**11**__
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____ $  **Fees and expenses allowed by the Bankruptcy Court.**

   Prior to the filing of this statement I have received _____ $  **The Debtor paid Trenk DiPasquale a retainer in the amount of $24,492.  Prior to the Chapter 11 filing, our firm was paid $4,508 for pre-petition services rendered and $1,717 for reimbursement of the Bankruptcy Court's filing fee.**

   Balance Due _____ $  **Fees and expenses allowed by the Bankruptcy Court.**

2. The source of the compensation paid to me was:

   [✓] Debtor        [ ] Other (specify):

3. The source of compensation to be paid to me is:

   [✓] Debtor        [ ] Other (specify):

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **General representation of Debtor in its Chapter 11 case as set forth in the Application for Retention of Trenk, DiPasquale, Della Fera & Sodono, P.C. as Counsel for Debtor.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **N/A**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__**August 19, 2016**__                                  **/s/ Anthony Sodono, III**_____
_Date_                                                **Anthony Sodono, III**
                                                     _Signature of Attorney_
                                                     **Trenk, DiPasquale, Della Fera & Sodono, P.C.**
                                                     **347 Mount Pleasant Avenue**
                                                     **Suite 300**
                                                     **West Orange, NJ 07052**
                                                     **973-243-8600  Fax: 973-243-8677**
                                                     _Name of law firm_

---

# United States Bankruptcy Court
### District of New Jersey

| In re | **VoicePulse Inc.** | | Case No. | **16-25075 (MBK)** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **11** |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ravi Sakaria<br>41 Reed Drive South<br>West Windsor, NJ 08550** | | **100** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

| Date | **August 19, 2016** | Signature | **/s/ Ravi Sakaria** |
|---|---|---|---|
| | | | **Ravi Sakaria** |

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of New Jersey

In re __VoicePulse Inc.__ _____  Case No. __16-25075 (MBK)__ ____

_____  Chapter __11__ _____
Debtor(s)

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __VoicePulse Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ravi Sakaria
41 Reed Drive South
West Windsor, NJ 08550**

☐ None [*Check if applicable*]

**August 19, 2016** _____     **/s/ Anthony Sodono, III** _____

Date                                          **Anthony Sodono, III**

Signature of Attorney or Litigant

Counsel for   **VoicePulse Inc.** _____

**Trenk, DiPasquale, Della Fera & Sodono, P.C.
347 Mount Pleasant Avenue
Suite 300
West Orange, NJ 07052
973-243-8600 Fax:973-243-8677**

# United States Bankruptcy Court
### District of New Jersey

In re __VoicePulse Inc.__

Debtor(s)

Case No. __16-25075 (MBK)__

Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __August 19, 2016__

__/s/ Ravi Sakaria__
__Ravi Sakaria/President__
Signer/Title

Assisstant Attorney General
Department of Justice - Tax Division
Judiciary Center Building
555 4th Street, N.W. - Room 6126
Washington, DC 20001


Broadview Networks
P.O. Box 9242
Uniondale, NY 11555


Centauri Communications
3984 Washington Road
Suite 191
Fremont, CA 94538


Christopher S. Porrino, Attorney General
Richard J. Hughes Justice Complex
25 Market Street
PO Box 080
Trenton, NJ 08625-0080


Comcast Business
P.O. Box 37601
Philadelphia, PA 19101


CoreDial
751 Arbor Way
Hillcrest 1
Suite 150
Blue Bell, PA 19422


Division of Taxation
124 Halsey Street
Second Floor
Newark, NJ 07102


Earthlink
P.O. Box 78343
Atlanta, GA 30357


Federal Communications Commission
445 12th Street SW
Washington, DC 20554

Forsgate Industrial Partners
1095 Cranbury South River
Monroe Township, NJ 08831

GTT Communications Inc.
fka UNSi fka UNSI
7900 Tysons One Place
Suite 1450
Mc Lean, VA 22102

Hon. Loretta Lynch, Atty. General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Impact Telecom
P.O. Box 51923
Los Angeles, CA 90051

Internal Revenue Service
Attention: District Director
955 South Springfield Avenue
P.O. Box 724
Springfield, NJ 07081

Internal Revenue Service
Special Procedures Branch
Attention: Bankruptcy Section
PO Box 744
Springfield, NJ 07081-0744

Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

Internal Revenue Service
SB/SE Division Counsel
One Newark Center, Suite 1500
Newark, NJ 07102

IOU Financial
600 Townpark Lane
#100
Kennesaw, GA 30144

John J. Zefutie, Jr., Esq.
Duane Morris LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1800
Newark, NJ 07102


Ketan P. Patel
8 Maple Street
Chatham, NJ 07928


Koehler & Company
1260 South River Road
Cranbury, NJ 08512


Level 3 Communications
1025 Eldorado Boulevard
Broomfield, CO 80021


Lightower
c/o Cross Connect Solutions, Inc.
P.O. Box 28737
New York, NY 10087


Merchants Advance, LLC
475 Park Avenue South
New York, NY 10016


Netcarrier Telecom
4000 N Cannon Avenue
Lansdale, PA 19446


Neustar
21575 Ridgetop Circle
Sterling, VA 20166


New Jersey Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245


Office of the Chief Counsel
Internal Revenue Service
SB/SE Division Counsel
One Newark Center, Suite 1500
Newark, NJ 07102

Office of the United States Attorney
Attn: Eamonn J. O'Hagan, Esq.
970 Broad Street, 5th Floor
Newark, NJ 07102


Onvoy
130 N Main Street
Third Floor
Butte, MT 59701


PSE&G
P.O. Box 14444
New Brunswick, NJ 08906


Ravi Sakaria
41 Reed Drive South
Princeton Junction, NJ 08550


Ravi Sakaria
41 Reed Drive South
West Windsor, NJ 08550


Salesforce.com Inc.
The Landmark at One Market Street
Suite 300
San Francisco, CA 94105


State of New Jersey
Division of Taxation
Gross Income Tax
PO Box 269
Trenton, NJ 08625


State of New Jersey
Division of Taxation
Sales & Use Tax
PO Box 999
Trenton, NJ 08625


State of New Jersey
Division of Employer Accounts
Attention: Stanley A. Cooper
PO Box 379
Trenton, NJ 08625

The Hartford
301 Woods Park Drive
Clinton, NY 13323


Transbeam
8 West 38th Street
7th Floor
New York, NY 10018


Ugo Colella, Esq.
Duane Morris LLP
505 9th Street, N.W.
Suite 1000
Washington, DC 20042-1660


Uncle Bob's Storage
268 Gatzmer Avenue
Monroe Township, NJ 08831


Various Customer Contracts
(To Be Provided)


Verizon
500 Technology Drive
Suite 550
Saint Charles, MO 63304


WebBank
c/o CAN Capital Asset Servicing, Inc.
414 West 14th Street, #302
New York, NY 10014


West Corp.
1601 Dry Creek Drive
Longmont, CO 80503


Windstream
P.O. Box 3177
Cedar Rapids, IA 52406


YouMail, Inc.
43 Corporate Park
Suite 200
Irvine, CA 92606