# VoicePulse, Inc.

## PROFIT AND LOSS
### January 1 - August 5, 2016

|  | TOTAL |
|---|---:|
| **INCOME** | |
|   Returns and Allowances | |
|     Chargebacks | 550.21 |
|     NJ Sales Tax | -4,812.22 |
|     Refunds | -22,033.67 |
|   Total Returns and Allowances | -26,295.68 |
|   Revenue | -550.21 |
|     Carrier Revenue | 265,331.17 |
|     Services | 959,632.88 |
|     VPath Income | 138.37 |
|   Total Revenue | 1,224,552.21 |
|   Services | 6,553.65 |
| **Total Income** | **$1,204,810.18** |
| **COST OF GOODS SOLD** | |
|   6801 IaaS Fees | 42,609.31 |
|   6900 Line Costs | 117,086.25 |
|     6901 CNAM | 27,255.66 |
|     6902 DID | 5,890.20 |
|     6903 Colocation | 83,353.51 |
|     6904 E911 | 31,744.02 |
|     6905 Internet Bandwidth | 30,405.99 |
|     6906 Voicemail | 3,325.80 |
|     6907 Inbound Toll Free | 53,937.40 |
|     6920 Inbound Trunks | 46,476.29 |
|     6940 Toll Charges | 6,494.44 |
|       6941 Domestic | 67,979.34 |
|       6942 International | 19,186.15 |
|     Total 6940 Toll Charges | 93,659.93 |
|     Line Costs - Other | 16,476.14 |
|   Total 6900 Line Costs | 509,611.19 |
|   Line Cost Taxes | 104,180.85 |
|     State & Local | 654.59 |
|   Total Line Cost Taxes | 104,835.44 |
| **Total Cost of Goods Sold** | **$657,055.94** |
| **GROSS PROFIT** | **$547,754.24** |
| **EXPENSES** | |
|   6180 Employee Benefits | 643.20 |
|     6181 Employee Health | 14,162.18 |
|     6182 Vision Insurance | 489.86 |
|     6183 DENTAL-Employee | 1,745.40 |
|   Total 6180 Employee Benefits | 17,040.64 |
|   6190 Insurance | 6,204.15 |
|   6200 Advertising/Promotional | 13,582.78 |
|     6204 Sales commisions | 10,483.00 |
|   Total 6200 Advertising/Promotional | 24,065.78 |
|   6210 Banking Fees | 10,784.85 |

|  | TOTAL |
|---|---:|
| 6212 Authnet Gateway | 2,300.20 |
| 6215 Merchant Bank Fees | 1,330.67 |
| Total 6210 Banking Fees | 14,415.72 |
| 6230 Customer Service Center | 34,114.27 |
| 6231 On-Call Expenses | 3,265.09 |
| Total 6230 Customer Service Center | 37,379.36 |
| 6240 Interest Expense | 55,622.45 |
| 6250 Postage and Delivery | 3,487.44 |
| 6260 Local Taxes and Fees | 47.78 |
| 6270 Payroll Expenses | 381,295.24 |
| 6271 *Salaries and Wages | 31,048.72 |
| 6277 Payroll Administration | 102.95 |
| 6278 Payroll taxes | 425.38 |
| Total 6270 Payroll Expenses | 412,872.29 |
| 6290 Professional Fees | 124.50 |
| 6291 Accounting | 1,850.00 |
| 6292 Legal Fees | 1,269.85 |
| Total 6290 Professional Fees | 3,244.35 |
| 6300 Rent | 36,625.01 |
| 6320 Software | 1,376.29 |
| 6340 Travel & Ent | 3,417.32 |
| 6343 Meals 100% Deductible | 4,016.82 |
| 6345 Transportation | 1,862.61 |
| 6346 Travel | 77.48 |
| Total 6340 Travel & Ent | 9,374.23 |
| 6350 Utilities |  |
| 6351 Gas & Electric | 4,757.71 |
| Total 6350 Utilities | 4,757.71 |
| 6365 Legal & Professional Fees | 43.95 |
| 6370 Research & Development | 6,732.53 |
| 6550 Office/Administrative | 386.43 |
| 6551 Office Supplies | 11,022.59 |
| 6553 Dues & Subscriptions | 12,067.38 |
| 6554 Janitorial Service | 1,358.89 |
| 6555 Network Administration | 248.70 |
| 6556 Telephone/Internet | 4,967.66 |
| 6557 Coffee, Water & Snacks | 144.23 |
| Total 6550 Office/Administrative | 30,195.88 |
| 9998 Uncategorized Expense | 0.00 |
| 9999 Other Expense | -0.02 |
| Amortization | 4,166.65 |
| **Total Expenses** | **$667,652.19** |
| NET OPERATING INCOME | $ -119,897.95 |
| OTHER INCOME |  |
| Interest Earned | 0.02 |
| **Total Other Income** | **$0.02** |
| OTHER EXPENSES |  |
| Depreciation - Book Est. | 14,449.55 |
| Penalties & Fines | 776.28 |
| NJ Sales Tax Penalties | 2,042.86 |
| Total Penalties & Fines | 2,819.14 |
| Write off of Escrow balances | 56,335.38 |

|  | TOTAL |
|---|---|
| **Total Other Expenses** | $73,604.07 |
| NET OTHER INCOME | $ -73,604.05 |
| NET INCOME | $ -193,502.00 |