# VoicePulse, Inc.

## STATEMENT OF CASH FLOWS

January 1 - August 5, 2016

|  | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | -193,502.00 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: |  |
|   Accounts Receivable | -49.49 |
|   Prepaid Expenses | 28,035.00 |
|   Uncategorized Asset | 0.00 |
|   Computer Equipment:Accumulated Depreciation | 5,780.33 |
|   Computer Software Capital:Accumulated Depreciation | 5,920.72 |
|   Customer Premises Equipment:Accumulated Depreciation | 1,643.87 |
|   Furniture:Accumulated Depreciation | 290.13 |
|   Infrastructure Equipment:Accumulated Depreciation | 814.50 |
|   Covenant | 2,916.65 |
|   Patent License - LCR:Patent License Acc. Amort. | 1,250.00 |
|   Accounts Payable | 40,000.26 |
|   Penalties & Fines Payable | 0.00 |
|   Sales tax payable | 2,406.11 |
|   Taxes Payable | -17,715.19 |
|   Taxes Payable:NJ Sales Tax Payable | 555.58 |
| Total Adjustments to reconcile Net Income to Net Cash provided by operations: | 71,848.47 |
| **Net cash provided by operating activities** | **$ -121,653.53** |
| **INVESTING ACTIVITIES** |  |
|   Customer Premises Equipment:Customer Premises Cost Basis | -4,221.70 |
|   Loan receivable - Employee KK | 3,037.17 |
|   Security Deposits:Escrow - Broadview | 2,500.00 |
|   Security Deposits:Escrow-360 Networks | 2,500.00 |
|   Security Deposits:Escrow-Global Crossing | 5,000.00 |
|   Security Deposits:Escrow-iBasis | 20,000.00 |
|   Security Deposits:Escrow-Level 3 | 3,367.05 |
|   Security Deposits:Escrow-Megatone | 500.00 |
|   Security Deposits:Escrow-Real Telecom | 500.00 |
|   Security Deposits:Escrow-RNK | 2,000.00 |
|   Security Deposits:Escrow-Telna | 12,000.00 |
|   Security Deposits:Escrow-Telx | 3,120.00 |
|   Security Deposits:Escrow-Vonage | 848.33 |
|   Security Deposits:PSE&G Security Deposit | -1,560.00 |
|   Security Deposits:SMS/800 | 4,000.00 |
| **Net cash provided by investing activities** | **$53,590.85** |

|  | TOTAL |
|---|---:|
| **FINANCING ACTIVITIES** |  |
| Loan from Shareholder | 3,580.72 |
| Loan Payable Westchester Bank | -51,072.73 |
| Note payable KP | -77,777.77 |
| Notes Payable:Notes Payable - IOU | 69,555.33 |
| Notes Payable - Webbank | 122,308.68 |
| 32000 Retained Earnings | -7,231.98 |
| Dividend | 7,231.98 |
| **Net cash provided by financing activities** | **$66,594.23** |
| **NET CASH INCREASE FOR PERIOD** | **$ -1,468.45** |
| **CASH AT BEGINNING OF PERIOD** | 63,652.85 |
| **CASH AT END OF PERIOD** | **$62,184.40** |