# VoicePulse, Inc.

BALANCE SHEET

As of August 5, 2016

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       88 Health Care Account - 1188 | 2,383.77 |
|       Cash Estimate | 1,537.63 |
|       Checking - 4971 | -19,584.64 |
|       Deposit Account - 0957 | 23,469.05 |
|       Money Market - 0119 | 440.01 |
|       Wire Deposit Acct - 0504 | 361.62 |
|     **Total Bank Accounts** | **$8,607.44** |
|     Accounts Receivable | |
|       Accounts Receivable | 49.49 |
|     **Total Accounts Receivable** | **$49.49** |
|     Other current assets | |
|       12000 Undeposited Funds | 53,576.96 |
|       Prepaid Expenses | 8,010.00 |
|       Uncategorized Asset | 5,000.00 |
|     **Total Other current assets** | **$66,586.96** |
|   **Total Current Assets** | **$75,243.89** |
|   Fixed Assets | |
|     Computer Equipment | 0.00 |
|       Accumulated Depreciation | -229,930.33 |
|       Computer Equipment Cost Basis | 291,101.86 |
|     **Total Computer Equipment** | **61,171.53** |
|     Computer Software Capital | 0.00 |
|       Accumulated Depreciation | -151,621.72 |
|       Software Cost Basis | 216,573.18 |
|     **Total Computer Software Capital** | **64,951.46** |
|     Customer Premises Equipment | 0.00 |
|       Accumulated Depreciation | -673,117.87 |
|       Customer Premises Cost Basis | 690,993.68 |
|     **Total Customer Premises Equipment** | **17,875.81** |
|     Furniture | 0.00 |
|       Accumulated Depreciation | -11,285.13 |
|       Furniture Cost Basis | 14,273.35 |
|     **Total Furniture** | **2,988.22** |
|     Infrastructure Equipment | 0.00 |
|       Accumulated Depreciation | -503,383.50 |
|       Infrastructure Cost Basis | 511,482.75 |
|     **Total Infrastructure Equipment** | **8,099.25** |
|     Leasehold Improvements | |
|       Accumulated Depreciation | -20,197.00 |
|       Leasehold Improvements Cost | 46,681.58 |
|     **Total Leasehold Improvements** | **26,484.58** |
|   **Total Fixed Assets** | **$181,570.85** |
|   Other Assets | |

|  | TOTAL |
|---|---:|
| Covenant | 0.18 |
| Deferred Consulting Agreement | 360,502.50 |
| Patent License - LCR | 0.00 |
| Patent License - Cost Basis | 75,000.00 |
| Patent License Acc. Amort. | -42,000.00 |
| Total Patent License - LCR | 33,000.00 |
| Security Deposits | 0.00 |
| Forsgate Security Deposit | 10,124.57 |
| PSE&G Security Deposit | 1,560.00 |
| Total Security Deposits | 11,684.57 |
| **Total Other Assets** | **$405,187.25** |
| **TOTAL ASSETS** | **$662,001.99** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 348,084.44 |
| **Total Accounts Payable** | **$348,084.44** |
| Other Current Liabilities | |
| Sales tax payable | 5,699.79 |
| Taxes Payable | -17,715.19 |
| Federal Income Tax Payable | 161,800.02 |
| Federal Withholding | 13,620.91 |
| NJ Corporate Tax Payable | 36,629.97 |
| NJ Sales Tax Payable | 6,401.26 |
| Total Taxes Payable | 200,736.97 |
| uCustomer Deposits | 273,212.00 |
| Unearned Revenue | 89,368.00 |
| USF Payable | 1,252.66 |
| **Total Other Current Liabilities** | **$570,269.42** |
| **Total Current Liabilities** | **$918,353.86** |
| Long-Term Liabilities | |
| Loan from Shareholder | 3,580.72 |
| Loan Payable Westchester Bank | 1,422.94 |
| Note payable KP | 282,724.34 |
| Notes Payable | |
| Notes Payable - IOU | 69,555.33 |
| Total Notes Payable | 69,555.33 |
| Notes Payable - Webbank | 122,308.68 |
| Shareholder Loan | 41,700.00 |
| **Total Long-Term Liabilities** | **$521,292.01** |
| **Total Liabilities** | **$1,439,645.87** |
| Equity | |
| 32000 Retained Earnings | -29,141.88 |
| Capital Stock | 10,000.00 |
| Dividend | -20,000.00 |
| Treasury Stock | -545,000.00 |
| Net Income | -193,502.00 |
| **Total Equity** | **$ -777,643.88** |
| **TOTAL LIABILITIES AND EQUITY** | **$662,001.99** |