| Form **1120** | | **U.S. Corporation Income Tax Return** | | | OMB No. 1545-0123 |
|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2015 or tax year beginning _____ , 2015, ending _____ , _____ ► Information about Form 1120 and its separate instructions is at *www.irs.gov/form1120.* | | | **2015** |

**A** Check if:

1 **a** Consolidated return (attach Form 851) ☐

**b** Life/nonlife consolidated return ☐

2 Personal holding co (attach Sch. PH) ☐

3 Personal service corp. (see instrs) ☐

4 Schedule M-3 attached ☐

**TYPE OR PRINT**

VoicePulse, Inc.
1095 Cranbury S River Rd. Suite 11
Jamesburg, NJ 08831-3411

**B** Employer identification number
06-1682523

**C** Date incorporated
3/06/2003

**D** Total assets (see instructions)
$ 763,663.

**E** Check if: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change

| | | | | |
|---|---|---|---|---|
| **I N C O M E** | 1 **a** Gross receipts or sales | 1a | 2,449,693. | |
| | **b** Returns and allowances | 1b | 12,439. | |
| | **c** Balance. Subtract line 1b from line 1a | | 1c | 2,437,254. |
| | 2 Cost of goods sold (attach Form 1125-A) | | 2 | 995,135. |
| | 3 Gross profit. Subtract line 2 from line 1c | | 3 | 1,442,119. |
| | 4 Dividends (Schedule C, line 19) | | 4 | |
| | 5 Interest | | 5 | 80. |
| | 6 Gross rents | | 6 | |
| | 7 Gross royalties | | 7 | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) | | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 9 | |
| | 10 Other income (see instructions — attach statement) | | 10 | |
| | 11 **Total income.** Add lines 3 through 10 ► | | 11 | 1,442,199. |
| **D E D U C T I O N S** **FOR LIMITATIONS SEE INSTRUCTIONS ON DEDUCTIONS** | 12 Compensation of officers (see instructions — attach Form 1125-E) | | 12 | 417,231. |
| | 13 Salaries and wages (less employment credits) | | 13 | 364,967. |
| | 14 Repairs and maintenance | | 14 | 319. |
| | 15 Bad debts | | 15 | |
| | 16 Rents | | 16 | 54,152. |
| | 17 Taxes and licenses | See Statement 1 | 17 | 44,384. |
| | 18 Interest | | 18 | 62,147. |
| | 19 Charitable contributions | | 19 | 1,225. |
| | 20 Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | 20 | 4,266. |
| | 21 Depletion | | 21 | |
| | 22 Advertising | | 22 | 51,007. |
| | 23 Pension, profit-sharing, etc., plans | | 23 | |
| | 24 Employee benefit programs | | 24 | 46,621. |
| | 25 Domestic production activities deduction (attach Form 8903) | | 25 | |
| | 26 Other deductions (attach statement) | See Statement 2 | 26 | 384,852. |
| | 27 **Total deductions.** Add lines 12 through 26 ► | | 27 | 1,431,171. |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | 28 | 11,028. |
| | 29 **a** Net operating loss deduction (see instructions) | 29a | | |
| | **b** Special deductions (Schedule C, line 20) | 29b | | |
| | **c** Add lines 29a and 29b | | 29c | |
| **TAX, REFUNDABLE CREDITS, AND PAYMENTS** | 30 **Taxable income.** Subtract line 29c from line 28 (see instructions) | | 30 | 11,028. |
| | 31 Total tax (Schedule J, Part I, line 11) | | 31 | 1,654. |
| | 32 Total payments and refundable credits (Schedule J, Part II, line 21) | | 32 | 0. |
| | 33 Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☒ | | 33 | 30. |
| | 34 **Amount owed.** If line 32 is smaller than the total of lines 31 and 33, enter amount owed | | 34 | 1,684. |
| | 35 **Overpayment.** If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | | 35 | |
| | 36 Enter amount from line 35 you want: Credited to 2016 estimated tax _____ ► Refunded ► | | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► Signature of officer _____ Date _____ Title President

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Dean P. Koehler | Dean P. Koehler | | | P00516513 |

Firm's name ► Koehler & Company — Firm's EIN ► 22-3712264

Firm's address ► 1260 South River Road
Cranbury, NJ 08512 — Phone no. (609) 655-4100

**BAA For Paperwork Reduction Act Notice, see separate instructions.**    CPCA0205L   08/25/15    Form **1120** (2015)

Form **1120** (2015)    VoicePulse, Inc.    06-1682523    Page **2**

| **Schedule C** Dividends and Special Deductions (see instructions) | **(a)** Dividends received | **(b)** Percentage | **(c)** Special deductions **(a) × (b)** |
|---|---|---|---|
| 1  Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 70 | |
| 2  Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 80 | |
| 3  Dividends on debt-financed stock of domestic and foreign corporations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | see instructions | |
| 4  Dividends on certain preferred stock of less-than-20%-owned public utilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 42 | |
| 5  Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 48 | |
| 6  Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 70 | |
| 7  Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 80 | |
| 8  Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . . . . . | | 100 | |
| 9  **Total.** Add lines 1 through 8. See instructions for limitation . . . . . . . . | | | |
| 10  Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 11  Dividends from affiliated group members . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 12  Dividends from certain FSCs . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 13  Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 14  Income from controlled foreign corporations under subpart F (attach Form(s) 5471) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 15  Foreign dividend gross-up . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 16  IC-DISC and former DISC dividends not included on lines 1, 2, or 3 . | | | |
| 17  Other dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 18  Deduction for dividends paid on certain preferred stock of public utilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 19  **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | |
| 20  **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b . . . . . . . . . . . . . . . ▶ | | | |

Form **1120** (2015)

Form **1120** (2015)   VoicePulse, Inc.   06-1682523                              Page **3**

## Schedule J   Tax Computation and Payment (see instructions)

### Part I — Tax Computation

| | | | |
|---|---|---:|---:|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ► ☐ | | |
| 2 | Income tax. Check if a qualified personal service corporation (see instructions) ► ☐ | 2 | 1,654. |
| 3 | Alternative minimum tax (attach Form 4626) | 3 | |
| 4 | Add lines 2 and 3 | 4 | 1,654. |
| 5a | Foreign tax credit (attach Form 1118) | 5a | |
| b | Credit from Form 8834 (see instructions) | 5b | |
| c | General business credit (attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 | 5e | |
| 6 | **Total credits.** Add lines 5a through 5e | 6 | |
| 7 | Subtract line 6 from line 4 | 7 | 1,654. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | |
| c | Interest due under the look-back method — completed long-term contracts (attach Form 8697) | 9c | |
| d | Interest due under the look-back method — income forecast method (attach Form 8866) | 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | |
| f | Other (see instructions — attach statement) | 9f | |
| 10 | **Total.** Add lines 9a through 9f | 10 | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | 11 | 1,654. |

### Part II — Payments and Refundable Credits

| | | | |
|---|---|---:|---:|
| 12 | 2014 overpayment credited to 2015 | 12 | |
| 13 | 2015 estimated tax payments | 13 | |
| 14 | 2015 refund applied for on Form 4466 | 14 | |
| 15 | Combine lines 12, 13, and 14 | 15 | 0. |
| 16 | Tax deposited with Form 7004 | 16 | |
| 17 | Withholding (see instructions) | 17 | |
| 18 | **Total payments.** Add lines 15, 16 and 17 | 18 | 0. |
| 19 | Refundable credits from: | | |
| a | Form 2439 | 19a | |
| b | Form 4136 | 19b | |
| c | Form 8827, line 8c | 19c | |
| d | Other (attach statement — see instructions) | 19d | |
| 20 | **Total credits.** Add lines 19a through 19d | 20 | |
| 21 | **Total payments and credits.** Add lines 18 and 20. Enter here and on page 1, line 32 | 21 | 0. |

## Schedule K   Other Information (see instructions)

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Check accounting method:   a ☐ Cash   b ☒ Accrual   c ☐ Other (specify) ► _____ | | | |
| 2 | See the instructions and enter the: | | | |
| a | Business activity code no. ► 517000 | | | |
| b | Business activity ► Voice Over IP | | | |
| c | Product or service ► Telephone service | | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? | | | X |
| | If 'Yes,' enter name and EIN of the parent corporation ► | | | |
| 4 | At the end of the tax year: | | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If 'Yes,' complete Part I of Schedule G (Form 1120) (attach Schedule G) | | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If 'Yes,' complete Part II of Schedule G (Form 1120) (att Schedule G) | | X | |

BAA                                    CPCA0234L   08/25/15                        Form **1120** (2015)

Form **1120** (2015)    VoicePulse, Inc.    06-1682523    Page **4**

## Schedule K    Other Information *continued* (see instructions)

**5** At the end of the tax year, did the corporation:

| | Yes | No |
|---|---|---|

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    | | X

If 'Yes,' complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    | | X

If 'Yes,' complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) . . . . . . . . . . . . . . . . . . .    | | X

If 'Yes,' file **Form 5452,** Corporate Report of Nondividend Distributions.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of **(a)** the total voting power of all classes of the corporation's stock entitled to vote or **(b)** the total value of all classes of the corporation's stock? . . . . . . . . . . .    | | X

For rules of attribution, see section 318. If 'Yes,' enter:

**(i)** Percentage owned ► _ _ _ _ _ _ _ _    and **(ii)** Owner's country ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ► _ _ _ _ _ _ _ _ _ _ _

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . . . . ► ☐

If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ►    $ _ _ _ _ _ _ _ _ _ _ _ _ _ _ None

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ►    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here. . . . . . . . . . . . ► ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction on line 29a.) ►    $ _ _ _ _ _ _ _ _ _ _ _ _ _ None

**13** Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    | | X

If 'Yes,' the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year    ► $ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**14** Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement (see instructions)? . . . . . . . . . .    | | X

If 'Yes,' complete and attach Schedule UTP.

**15a** Did the corporation make any payments in 2015 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . .    | X |

**b** If 'Yes,' did or will the corporation file required Forms 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    | X |

**16** During this tax year, did the corporation have an 80% or more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    | | X

**17** During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    | | X

**18** Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    | | X

CPCA0234L  08/25/15    Form **1120** (2015)

Form **1120** (2015)    VoicePulse, Inc.    06-1682523    Page **5**

### Schedule L — Balance Sheets per Books

| | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| **Assets** | (a) | (b) | (c) | (d) |
| 1  Cash | | 32,913. | | 68,652. |
| 2a Trade notes and accounts receivable | 6,328. | | | |
| b Less allowance for bad debts | | 6,328. | | |
| 3  Inventories | | | | |
| 4  U.S. government obligations | | | | |
| 5  Tax-exempt securities (see instructions) | | | | |
| 6  Other current assets (attach statement) See St 3 | | | | 36,045. |
| 7  Loans to shareholders | | | | |
| 8  Mortgage and real estate loans | | | | |
| 9  Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 1,766,885. | | 1,766,885. | |
| b Less accumulated depreciation | 1,570,820. | 196,065. | 1,575,090. | 191,795. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12  Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | 614,684. | | 614,684. | |
| b Less accumulated amortization | 76,726. | 537,958. | 217,015. | 397,669. |
| 14  Other assets (attach statement) See St 4 | | 70,832. | | 69,502. |
| 15  Total assets | | 844,096. | | 763,663. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16  Accounts payable | | 144,490. | | 309,337. |
| 17  Mortgages, notes, bonds payable in less than 1 year | | 271,719. | | 182,298. |
| 18  Other current liabilities (attach stmt) See St 5 | | 226,034. | | 221,191. |
| 19  Loans from shareholders | | 41,700. | | 41,700. |
| 20  Mortgages, notes, bonds payable in 1 year or more | | 357,743. | | 230,700. |
| 21  Other liabilities (attach statement) See St 6 | | 362,580. | | 362,580. |
| 22  Capital stock:  a Preferred stock | | | | |
| b Common stock | 10,000. | 10,000. | 10,000. | 10,000. |
| 23  Additional paid-in capital | | | | |
| 24  Retained earnings — Approp (att stmt) | | | | |
| 25  Retained earnings — Unappropriated | | -25,170. | | -21,911. |
| 26  Adjmt to shareholders' equity (att stmt) See St 7 | | | | -27,232. |
| 27  Less cost of treasury stock | | 545,000. | | 545,000. |
| 28  Total liabilities and shareholders' equity | | 844,096. | | 763,663. |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3 (see instructions).

| | | | | | |
|---|---|---|---|---|---|
| 1  Net income (loss) per books | 3,259. | 7  Income recorded on books this year not included on this return (itemize): | | | |
| 2  Federal income tax per books | 1,900. | Tax-exempt interest $ _____ | | | |
| 3  Excess of capital losses over capital gains | | | | | |
| 4  Income subject to tax not recorded on books this year (itemize): | | | | | |
| | | 8  Deductions on this return not charged against book income this year (itemize): | | | |
| 5  Expenses recorded on books this year not deducted on this return (itemize): | | a Depreciation $ _____ | | | |
| a Depreciation ........ $ _____4. | | b Charitable contribns $ _____ | | | |
| b Charitable contributions.. $ _____775. | | | | | |
| c Travel & entertainment.. $ _____1,583. | | | | | |
| Statement 8 _____3,507. | | | | | |
| | 5,869. | 9  Add lines 7 and 8 | | | 0. |
| 6  Add lines 1 through 5 | 11,028. | 10  Income (page 1, line 28) — line 6 less line 9 | | | 11,028. |

### Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | |
|---|---|---|---|---|
| 1  Balance at beginning of year | -25,170. | 5  Distributions | a Cash | |
| 2  Net income (loss) per books | 3,259. | | b Stock | |
| 3  Other increases (itemize): | | | c Property | |
| | | 6  Other decreases (itemize): | | |
| | | 7  Add lines 5 and 6 | | |
| 4  Add lines 1, 2, and 3 | -21,911. | 8  Balance at end of year (line 4 less line 7) | | -21,911. |

Form **1125-A**

(Rev December 2012)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

► Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, or 1065-B.
► Information about Form 1125-A and its instructions is at *www.irs.gov/form1125a.*

OMB No. 1545-2225

| Name | Employer identification number |
|---|---|
| VoicePulse, Inc. | 06-1682523 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | **1** | |
| 2 | Purchases | **2** | |
| 3 | Cost of labor | **3** | |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule) . . . . . . . . . . . . . See Statement 9 | **5** | 995,135. |
| 6 | **Total.** Add lines 1 through 5 | **6** | 995,135. |
| 7 | Inventory at end of year | **7** | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return (see instructions) | **8** | 995,135. |

**9a** Check all methods used for valuing closing inventory:

*(i)* ☐ Cost

*(ii)* ☐ Lower of cost or market

*(iii)* ☐ Other (Specify method used and attach explanation) . . . . ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . . . . . . . . . ► ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9d**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity (see instructions)? . . . . . . ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

**BAA  For Paperwork Reduction Act Notice, see instructions.**                                Form **1125-A** (Rev 12-2012)

| SCHEDULE G | Information on Certain Persons Owning the | |
|---|---|---|
| (Form 1120) | Corporation's Voting Stock | OMB No. 1545-0123 |
| (Rev December 2011) | ► Attach to Form 1120. | |
| Department of the Treasury Internal Revenue Service | ► See instructions. | |

| Name | Employer identification number (EIN) |
|---|---|
| VoicePulse, Inc. | 06-1682523 |

**Part I**  **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a).
Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**  **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b).
Complete columns (i) through (v) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| Ravi Sakari | ████████ | United States | 100.00% |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

BAA   For Paperwork Reduction Act Notice,
see the Instructions for Form 1120.       CPCA1901L  06/02/11       Schedule G (Form 1120) (Rev 12-2011)

Form **1125-E**
(Rev December 2013)

Department of the Treasury
Internal Revenue Service

## Compensation of Officers

► Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
► Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-2225

Name: VoicePulse, Inc.

Employer identification number: 06-1682523

**Note.** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| 1 | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | (d) Common | (e) Preferred | |
| | Ravi Sakari | ██████████ | 100 % | 100 % | 0.00 % | 417,231. |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| 2 | Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 417,231. |
|---|---|---|
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 417,231. |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev 12-2013)

CPCA2101L  06/26/13

Form **2220**

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0123

**2015**

# Underpayment of Estimated Tax by Corporations
► Attach to the corporation's tax return.
► Information about Form 2220 and its separate instructions is at *www.irs.gov/form2220.*

| Name | Employer identification number |
|---|---|
| VoicePulse, Inc. | 06-1682523 |

**Note:** Generally, the corporation is not required to file Form 2220 (see Part II below for exceptions) because the IRS will figure any penalty owed and bill the corporation. However, the corporation may still use Form 2220 to figure the penalty. If so, enter the amount from page 2, line 38 on the estimated tax penalty line of the corporation's income tax return, but **do not** attach Form 2220.

## Part I   Required Annual Payment

| | | | | |
|---|---|---|---|---:|
| 1 | Total tax (see instructions) | | **1** | 1,654. |
| 2a | Personal holding company tax (Schedule PH (Form 1120), line 26) included on line 1 | **2a** | | |
| b | Look-back interest included on line 1 under section 460(b)(2) for completed long-term contracts or section 167(g) for depreciation under the income forecast method | **2b** | | |
| c | Credit for federal tax paid on fuels (see instructions) | **2c** | | |
| d | **Total.** Add lines 2a through 2c | | **2d** | |
| 3 | Subtract line 2d from line 1. If the result is less than $500, **do not** complete or file this form. The corporation does not owe the penalty | | **3** | 1,654. |
| 4 | Enter the tax shown on the corporation's 2014 income tax return (see instructions). **Caution: If the tax is zero or the tax year was for less than 12 months, skip this line and enter the amount from line 3 on line 5** | | **4** | 96,436. |
| 5 | **Required annual payment.** Enter the **smaller** of line 3 or line 4. If the corporation is required to skip line 4, enter the amount from line 3 | | **5** | 1,654. |

## Part II   Reasons for Filing — Check the boxes below that apply. If any boxes are checked, the corporation **must** file Form 2220 even if it does not owe a penalty (see instructions).

| | |
|---|---|
| 6 | ☐ The corporation is using the adjusted seasonal installment method. |
| 7 | ☐ The corporation is using the annualized income installment method. |
| 8 | ☐ The corporation is a 'large corporation' figuring its first required installment based on the prior year's tax. |

## Part III   Figuring the Underpayment

| | | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 9 | Installment due dates. Enter in columns (a) through (d) the 15th day of the 4th (*Form 990-PF filers:* Use 5th month), 6th, 9th, and 12th months of the corporation's tax year | **9** | 4/15/15 | 6/15/15 | 9/15/15 | 12/15/15 |
| 10 | Required installments. If the box on line 6 and/or line 7 above is checked, enter the amounts from Schedule A, line 38. If the box on line 8 (but not 6 or 7) is checked, see instructions for the amounts to enter. If none of these boxes are checked, enter 25% of line 5 above in each column | **10** | 413. | 413. | 414. | 414. |
| 11 | Estimated tax paid or credited for each period (see instructions). For column (a) only, enter the amount from line 11 on line 15 | **11** | | | | |
| | **Complete lines 12 through 18 of one column before going to the next column.** | | | | | |
| 12 | Enter amount, if any, from line 18 of the preceding column | **12** | | | | |
| 13 | Add lines 11 and 12 | **13** | | | | |
| 14 | Add amounts on lines 16 and 17 of the preceding column | **14** | | 413. | 826. | 1,240. |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0- | **15** | 0. | 0. | 0. | 0. |
| 16 | If the amount on line 15 is zero, subtract line 13 from line 14. Otherwise, enter -0- | **16** | | 413. | 826. | |
| 17 | Underpayment. If line 15 is less than or equal to line 10, subtract line 15 from line 10. Then go to line 12 of the next column. Otherwise, go to line 18 | **17** | 413. | 413. | 414. | 414. |
| 18 | Overpayment. If line 10 is less than line 15, subtract line 10 from line 15. Then go to line 12 of the next column | **18** | | | | |

*Go to Part IV on page 2 to figure the penalty. Do not go to Part IV if there are no entries on line 17 — no penalty is owed.*

**BAA   For Paperwork Reduction Act Notice, see separate instructions.**     CPCZ0312L   08/26/15     Form **2220** (2015)

Form **2220** (2015)   VoicePulse, Inc.                                06-1682523          Page **2**

**Part IV**  Figuring the Penalty

|   |   | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| **19** Enter the date of payment or the 15th day of the 3rd month after the close of the tax year, whichever is earlier (see instructions). *(Form 990-PF and Form 990-T filers: Use 5th month instead of 3rd month.)* | 19 | 3/15/16 | 3/15/16 | 3/15/16 | 3/15/16 |
| **20** Number of days from due date of installment on line 9 to the date shown on line 19 | 20 | 335 | 274 | 182 | 91 |
| **21** Number of days on line 20 after 4/15/2015 and before 7/1/2015 | 21 | 76 | 15 | | |
| **22** Underpayment on line 17 x (Number of days on line 21 / 365) x 3% | 22 | 2.58 | 0.51 | | |
| **23** Number of days on line 20 after 6/30/2015 and before 10/1/2015 | 23 | 92 | 92 | 15 | |
| **24** Underpayment on line 17 x (Number of days on line 23 / 365) x 3% | 24 | 3.12 | 3.12 | 0.51 | |
| **25** Number of days on line 20 after 9/30/2015 and before 1/1/2016 | 25 | 92 | 92 | 92 | 16 |
| **26** Underpayment on line 17 x (Number of days on line 25 / 365) x 3% | 26 | 3.12 | 3.12 | 3.13 | 0.54 |
| **27** Number of days on line 20 after 12/31/2015 and before 4/1/2016 | 27 | 75 | 75 | 75 | 75 |
| **28** Underpayment on line 17 x (Number of days on line 27 / 366) x 3% | 28 | 2.54 | 2.54 | 2.55 | 2.55 |
| **29** Number of days on line 20 after 3/31/2016 and before 7/1/2016 | 29 | | | | |
| **30** Underpayment on line 17 x (Number of days on line 29 / 366) x __*% | 30 | | | | |
| **31** Number of days on line 20 after 6/30/2016 and before 10/1/2016 | 31 | | | | |
| **32** Underpayment on line 17 x (Number of days on line 31 / 366) x __*% | 32 | | | | |
| **33** Number of days on line 20 after 9/30/2016 and before 1/1/2017 | 33 | | | | |
| **34** Underpayment on line 17 x (Number of days on line 33 / 366) x __*% | 34 | | | | |
| **35** Number of days on line 20 after 12/31/2016 and before 2/16/2017 | 35 | | | | |
| **36** Underpayment on line 17 x (Number of days on line 35 / 365) x __*% | 36 | | | | |
| **37** Add lines 22, 24, 26, 28, 30, 32, 34, and 36 | 37 | 11.36 | 9.29 | 6.19 | 3.09 |
| **38** **Penalty.** Add columns (a) through (d) of line 37. Enter the total here and on Form 1120, line 33; or the comparable line for other income tax returns | 38 | | | | 30. |

*Use the penalty interest rate for each calendar quarter, which the IRS will determine during the first month in the preceding quarter. These rates are published quarterly in an IRS News Release and in a revenue ruling in the Internal Revenue Bulletin. To obtain this information on the Internet, access the IRS website at *www.irs.gov*. You can also call 1-800-829-4933 to get interest rate information.

CPCZ0312L  12/31/15                                                            Form **2220** (2015)

OMB No. 1545-0172

Form **4562**

**Depreciation and Amortization**
**(Including Information on Listed Property)**
► Attach to your tax return.
► Information about Form 4562 and its separate instructions is at *www.irs.gov/form4562.*

**2015**

Department of the Treasury
Internal Revenue Service    (99)

Attachment
Sequence No. **179**

Name(s) shown on return
VoicePulse, Inc.

Identifying number
06-1682523

Business or activity to which this form relates
Form 1120

## Part I    Election To Expense Certain Property Under Section 179
Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | 1 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 |
| 10 | Carryover of disallowed deduction from line 13 of your 2014 Form 4562 | 10 |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | 11 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 |
| 13 | Carryover of disallowed deduction to 2016. Add lines 9 and 10, less line 12 ► | 13 | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

## Part II    Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 |
| 15 | Property subject to section 168(f)(1) election | 15 |
| 16 | Other depreciation (including ACRS) | 16 |

## Part III    MACRS Depreciation (Do not include listed property.) (See instructions.)

### Section A

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2015 | 17 | 4,266. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | | |

### Section B — Assets Placed in Service During 2015 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

### Section C — Assets Placed in Service During 2015 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

## Part IV    Summary (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | 4,266. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**    FDIZ0812L 10/27/15    Form **4562** (2015)

| 2015 | Federal Statements | Page 1 |
|------|---------------------|--------|

| Client VOICEPUL | VoicePulse, Inc. | 06-1682523 |
|-----------------|------------------|-----------|

| 8/16/16 | 02:16PM |
|---------|---------|

**Statement 1**
**Form 1120, Line 17**
**Taxes and Licenses**

| | |
|---|---:|
| Licenses and Permits | $ 80. |
| Payroll Taxes | 42,304. |
| State Tax | 2,000. |
| Total | $ 44,384. |

**Statement 2**
**Form 1120, Line 26**
**Other Deductions**

| | |
|---|---:|
| Amortization | $ 140,289. |
| Bank Charges | 19,546. |
| Customer service center | 63,377. |
| Insurance | 7,753. |
| Legal and Professional | 4,403. |
| Meals and Entertainment | 1,584. |
| Office Expense | 108,607. |
| Payroll service | 2,531. |
| Postage | 5,501. |
| Prior year uncleared checks | -7,949. |
| Research | 3,111. |
| Software - Monthly Fees | 17,899. |
| Tech Supplies | 6,468. |
| Travel | 2,434. |
| Utilities | 9,298. |
| Total | $ 384,852. |

**Statement 3**
**Form 1120, Schedule L, Line 6**
**Other Current Assets**

| | Beginning | Ending |
|---|---:|---:|
| Prepaid Expenses | $ 0. | $ 36,045. |
| Total | $ 0. | $ 36,045. |

**Statement 4**
**Form 1120, Schedule L, Line 14**
**Other Assets**

| | Beginning | Ending |
|---|---:|---:|
| Employee loan receivable | $ 4,372. | $ 3,037. |
| Escrow and security deposits | 66,460. | 66,460. |
| Rounding | 0. | 5. |
| Total | $ 70,832. | $ 69,502. |

| 2015 | Federal Statements | Page 2 |
|---|---|---|

| Client VOICEPUL | VoicePulse, Inc. | 06-1682523 |
|---|---|---|

8/16/16                                                                                          02:16PM

**Statement 5**
**Form 1120, Schedule L, Line 18**
**Other Current Liabilities**

|  | Beginning | Ending |
|---|---|---|
| Federal Tax Payable | $   167,500. | $   161,800. |
| Payroll taxes | 0. | 13,621. |
| Sales tax payable | 18,534. | 9,140. |
| State Tax Payable | 40,000. | 36,630. |
| Total | $   226,034. | $   221,191. |

**Statement 6**
**Form 1120, Schedule L, Line 21**
**Other Liabilities**

|  | Beginning | Ending |
|---|---|---|
| Customer deposits | $   273,212. | $   273,212. |
| Deferred income | 89,368. | 89,368. |
| Total | $   362,580. | $   362,580. |

**Statement 7**
**Form 1120, Schedule L, Line 26**
**Adjustments to Shareholders' Equity**

|  | Beginning | Ending |
|---|---|---|
| Dividends | $   0. | $   -27,232. |
| Total | $   0. | $   -27,232. |

**Statement 8**
**Form 1120, Schedule M-1, Line 5**
**Book Expenses Not Deducted**

|  |  |
|---|---|
| Penalties | $   3,507. |
| Total | $   3,507. |

**Statement 9**
**Form 1125-A, Line 5**
**Other Cost of Goods Sold**

|  |  |
|---|---|
| Transmission and routing | $   995,135. |
| Total | $   995,135. |