# EXHIBIT 2

# VoicePulse, Inc.

## BUDGET OVERVIEW: AUGUST 2016 - FY16 P&L

### August 1-30, 2016

|  | AUG 1-30, 2016 | TOTAL |
|---|---|---|
| **INCOME** | | |
| Revenue | | $0.00 |
| Carrier Revenue | 19,000.00 | $19,000.00 |
| Services | 120,000.00 | $120,000.00 |
| Total Revenue | **139,000.00** | **$139,000.00** |
| **Total Income** | **$139,000.00** | **$139,000.00** |
| COST OF GOODS SOLD | | |
| 6801 IaaS Fees | 6,500.00 | $6,500.00 |
| 6900 Line Costs | 15,650.00 | $15,650.00 |
| 6901 CNAM | 3,000.00 | $3,000.00 |
| 6902 DID | 800.00 | $800.00 |
| 6903 Colocation | 14,500.00 | $14,500.00 |
| 6904 E911 | 5,000.00 | $5,000.00 |
| 6906 Voicemail | 560.00 | $560.00 |
| 6907 Inbound Toll Free | 7,500.00 | $7,500.00 |
| 6940 Toll Charges | 4,500.00 | $4,500.00 |
| Total 6900 Line Costs | **51,510.00** | **$51,510.00** |
| Line Cost Taxes | 4,000.00 | $4,000.00 |
| **Total Cost of Goods Sold** | **$62,010.00** | **$62,010.00** |
| GROSS PROFIT | **$76,990.00** | **$76,990.00** |
| EXPENSES | | |
| 6180 Employee Benefits | | $0.00 |
| 6181 Employee Health | 2,100.00 | $2,100.00 |
| 6182 Vision Insurance | 70.00 | $70.00 |
| 6183 DENTAL-Employee | 325.00 | $325.00 |
| Total 6180 Employee Benefits | **2,495.00** | **$2,495.00** |
| 6190 Insurance | 800.00 | $800.00 |
| 6200 Advertising/Promotional | | $0.00 |
| 6201 Consulting Fees | 2,000.00 | $2,000.00 |
| Total 6200 Advertising/Promotional | **2,000.00** | **$2,000.00** |
| 6210 Banking Fees | 1,900.00 | $1,900.00 |
| 6230 Customer Service Center | 4,600.00 | $4,600.00 |
| 6231 On-Call Expenses | 400.00 | $400.00 |
| Total 6230 Customer Service Center | **5,000.00** | **$5,000.00** |
| 6250 Postage and Delivery | 400.00 | $400.00 |
| 6270 Payroll Expenses | 50,000.00 | $50,000.00 |
| 6277 Payroll Administration | 100.00 | $100.00 |
| Total 6270 Payroll Expenses | **50,100.00** | **$50,100.00** |
| 6290 Professional Fees | 2,000.00 | $2,000.00 |
| 6293 US Trustee fees | 1,000.00 | $1,000.00 |
| 6294 Adequate Protection Payments | 1,300.00 | $1,300.00 |
| Total 6290 Professional Fees | **4,300.00** | **$4,300.00** |
| 6300 Rent | 4,700.00 | $4,700.00 |
| 6320 Software | 40.00 | $40.00 |
| 6350 Utilities | | $0.00 |
| 6351 Gas & Electric | 850.00 | $850.00 |

| | AUG 1-30, 2016 | TOTAL |
|---|---|---|
| Total 6350 Utilities | 850.00 | $850.00 |
| 6550 Office/Administrative | | $0.00 |
| 6551 Office Supplies | 250.00 | $250.00 |
| 6553 Dues & Subscriptions | 1,600.00 | $1,600.00 |
| 6556 Telephone/Internet | 820.00 | $820.00 |
| Total 6550 Office/Administrative | 2,670.00 | $2,670.00 |
| Amortization | 600.00 | $600.00 |
| **Total Expenses** | **$75,855.00** | **$75,855.00** |
| NET OPERATING INCOME | $1,135.00 | $1,135.00 |
| NET INCOME | $1,135.00 | $1,135.00 |