| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **DUANE MORRIS LLP**<br>Walter J. Greenhalgh, Esq.<br>Ugo Colella, Esq. (*pro hac vice pending*)<br>John J. Zefutie, Jr., Esq.<br>The Legal Center<br>1037 Raymond Boulevard, Suite 1800<br>Newark, New Jersey 07102<br>P: 973-424-2000<br>F: 973-424-2001<br>Email: wjgreenhalgh@duanemorris.com<br>Email: ucolella@duanemorris.com<br>Email: jjzefutie@duanemorris.com<br><br>*Counsel for Creditor*<br>*Ketan Patel* |

| | |
|---|---|
| | Chapter 11 |
| In re: | Case No. 16-25075(MBK) |
| VOICEPULSE, INC., | Judge: Honorable Michael B. Kaplan |
| Debtor. | |

### CERTIFICATION OF SERVICE

JOHN J. ZEFUTIE, JR. certifies as follows:

1.      I am an attorney at law admitted to practice before this Court and special counsel at the law firm of Duane Morris LLP.  Duane Morris is counsel to Ketan Patel ("Mr. Patel") in the above-captioned action.

2.      On September 9, 2016, I caused to be filed via ECF filing Mr. Patel's Limited Objection to Entry of a Final Order Approving Cash Collateral (with Exhibits) and this Certification of Service.

3.    I further certify that I caused copies of the aforementioned documents to be served by regular mail on the parties listed on the Service List, attached hereto as **Exhibit 1**.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on the 9th day of September, 2016.

s/ *John J. Zefutie, Jr.*
John J. Zefutie, Jr.

2

# EXHIBIT 1

## SERVICE LIST

Peter J. D'Auria, Esq.
Office of the United States Trustee
One Newark Center, Ste. 2100
Newark, NJ  07102

**Notice of Appearance**

Anthony Sodono III, Esq.
Michele M. Dudas, Esq.
Trenk DiPasquale
Della Fera & Sodono, P.C.
347 Mt. Pleasant Avenue
West Orange, NJ 07052
*Proposed Counsel to Debtor*

David H. Stein, Esq.
Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive, Ste. 900
PO Box 10
Woodbridge, NJ  07095
*Attorneys for Forsgate Industrial Complex*
*Largest Unsecured Creditor (NOA Filed)*

**Secured Creditor**

WebBank
c/o CAN Capital Asset Servicing, Inc.
414 West 14th Street, #302
New York, NY  10014

Merchants Advance, LLC
475 Park Avenue South, 16th Fl.
New York, NY  10016

**Largest Unsecured Creditors**

Broadview Networks
PO Box 9242
Uniondale, NY  11555

Centauri Communications
3984 Washington Road, Ste. 191
Fremont, CA  94538

Earthlink
PO Box 78343
Atlanta, GA  30357

GTT Communications Inc.
fka UNSi fka UNSI
7900 Tysons One Place, Ste. 1450
Mc Lean, VA  22102

Hartford (The)
301 Woods Park Drive
Clinton, NY  13323

Impact Telecom
PO Box 51923
Los Angeles, CA  90051

IOU Financial
600 Townpark Lane, #100
Kennesaw, GA  30144

Level 3 Communications
1025 Eldorado Boulevard
Broomfield, CO  80021

Federal Communications Commission
445 12th Street, S.W.
Washington, D.C. 20554

Lightower
c/o Cross Connect Solutions, Inc.
PO Box 28737
New York, NY  10087

Netcarrier Telecom
4000 N Cannon Avenue
Lansdale, PA  19446

Neustar
21575 Ridgetop Circle
Sterling, VA  20166

Onvoy
130 N Main Street, 3rd Fl.
Butte, MT  59701

Salesforce.com Inc.
The Landmark at One Market Street
Ste. 300
San Francisco, CA  94105

Transbeam
8 West 38th Street, 7th Fl.
New York, NY  10018

West Corp.
1601 Dry Creek Drive
Longmont, CO  80503

Windstream
PO Box 3177
Cedar Rapids, IA  52406

**Taxing Authorities**

Internal Revenue Service
Special Procedures Branch
Attention: Bankruptcy Section
PO Box 744
Springfield, NJ  07081-0744

Internal Revenue Service
Attn: District Director
955 South Springfield Avenue
Springfield, NJ 07081

United States Attorney
Attn: Eamonn J. O'Hagan, Esq.
970 Broad Street, 5th Fl.
Newark, NJ  07102
*On Behalf of the Internal Revenue Service*

Honorable Loretta Lynch, Atty. General
US Dept. of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001
*On Behalf of the Internal Revenue Service*

Office of Chief Counsel
Internal Revenue Service
SB/SE Division Counsel
One Newark, Center, Ste. 1500
Newark, NJ 07102

New Jersey, State of
Division of Taxation, Gross Income Tax
50 Barrack Street
PO Box 269
Trenton, NJ  08625

Christopher S. Porrino, Attorney General
RJ Hughes Justice Complex
25 Market Street
Box 080
Trenton, NJ  08625-0080

Assistant Attorney General
Department of Justice
Tax Division
Judiciary Center Building
555 – 4th Street, N.W. Room 6126
Washington, D.C. 20001

Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

State of New Jersey
Division of Taxation
Sales & Use Tax
PO Box 999
Trenton, NJ 08625

State of New Jersey, Dep't of Labor
Division of Employer Accounts
Attn: Stanley A. Cooper
PO Box 379
Trenton, NJ 08625

New Jersey Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245

Division of Taxation
124 Halsey Street, 2d Floor
Newark, NJ 07102