**TRENK, DiPASQUALE,
DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Anthony Sodono III
Michele M. Dudas
*Counsel for VoicePulse Inc.,*
*Chapter 11 Debtor and Debtor-in-Possession*

**LAW FIRM OF BRIAN W. HOFMEISTER, LLC**
691 State Highway 33
Trenton, New Jersey 08619
(609) 890-1500
Brian W. Hofmeister
*Counsel for Ravi Sakaria*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| VOICEPULSE INC., | Case No. 16-25075 (MBK) |
| Debtor. | Hearing Date and Time:<br>October 17, 2016, at 10:00 a.m. |

**NOTICE OF MOTION OF VOICEPULSE, INC., CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION, AND RAVI SAKARIA, INDIVIDUALLY, TO QUASH SUBPOENAS ISSUED BY UNSECURED CREDITOR KETAN PATEL**

**PLEASE TAKE NOTICE** that on **October 17, 2016 at 10:00 a.m.**, or as soon thereafter as the movant may be heard, VoicePulse Inc., Chapter 11 debtor and debtor-in-possession ("Debtor"), by and through its counsel, Trenk, DiPasquale, Della Fera & Sodono, P.C., and Ravi Sakaria ("Sakaria"), individually, by and through his counsel, The Law Firm of Brian W. Hofmeister, LLC, shall move before the Honorable Michael B. Kaplan, United States Bankruptcy Judge at the United States Bankruptcy Court, U.S. Courthouse, 402 East State Street,

Trenton, New Jersey 08608, for an Order quashing the Subpoenas served by unsecured creditor Ketan Patel to Sakaria and Dean Koehler, CPA (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, the Debtor and Sakaria will rely upon the Application filed in support of the relief requested, as well as the Certification of Ravi Sakaria.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy in accordance with D.N.J. LBR 9013-1.

**PLEASE TAKE FURTHER NOTICE** that as the Motion does not involve any complex issue of law, no brief is required.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, the Motion will be deemed uncontested in accordance with D.N.J. LBR 9013-3(d) and the relief may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that an order granting the relief requested herein is submitted herewith and made part of the Motion herein.

> **TRENK, DiPASQUALE,**
> **DELLA FERA & SODONO, P.C.**
> *Counsel to VoicePulse Inc.,*
> *Chapter 11 Debtor and Debtor-in-Possession*
>
> By:  */s/ Michele M. Dudas*
>         MICHELE M. DUDAS
>
> **THE LAW FIRM OF**
> **BRIAN W. HOFMEISTER, LLC**
> *Counsel to Ravi Sakaria, Individually*
>
> By:  */s/ Brian W. Hofmeister*
>         BRIAN W. HOFMEISTER

Dated:   September 15, 2016

4843-7531-6536, v. 1

2