UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**TRENK, DIPASQUALE,
DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Anthony Sodono, III
Michele M. Dudas
*Counsel to VoicePulse, Inc.,*
*Chapter 11 Debtor and Debtor-in-Possession*

**THE LAW FIRM OF BRIAN W. HOFMEISTER, LLC**
691 State Highway 33
Trenton, New Jersey 08619
(609) 890-1500
Brian W. Hofmeister
*Counsel for Ravi Sakaria*

In re:

VOICEPULSE, INC.,

                Debtor.

Case No. 16-25075 (MBK)

Chapter 11

Honorable Michael B. Kaplan, U.S.B.J.

Hearing Date and Time:
Tuesday, October 17, 2016, at 10:00 a.m.

**ORDER RESPECTING MOTION TO QUASH RULE 2004 SUBPOENAS SERVED BY UNSECURED CREDITOR KETAN P. PATEL AND FOR A PROTECTIVE ORDER**

    The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

Debtor: VoicePulse, Inc.
Case No.: 16-25075 (MBK)
Caption of Order: Order Respecting Motion To Quash Rule 2004 Subpoenas Served by Unsecured Creditor Ketan P. Patel and for a Protective Order

---

**THIS MATTER**, having been presented to the Court by VoicePulse, Inc., Chapter 11 debtor and debtor-in-possession ("Debtor"), by and through its counsel, Trenk, DiPasquale, Della Fera & Sodono, P.C., and Ravi Sakaria ("Sakaria"), individually, by and through his counsel, The Law Firm of Brian W. Hofmeister, LLC, upon the filing of a Motion for entry of an Order quashing the Rule 2004 Subpoenas ("Subpoenas") served by unsecured creditor Ketan P. Patel ("Patel") or, in the alternative, to limit discovery, and for a protective Order ("Motion"); and the Court finding that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of Debtor, its estate, and its creditors; (iv) adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and (v) upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED** as follows**:**

1.   The Subpoenas are quashed in their entirety; or it is alternatively Ordered

2.   Sakaria, as President of the Debtor, shall appear for deposition on a mutually convenient date, time and location, on or before November __, 2016.

3.   Koehler, shall appear for deposition on a mutually convenient date, time and location, on or before November __, 2016.

4.   On or before October __, 2016, the Debtor will provide Patel's counsel with the following documents:

   a.   Any allowed requests for information sought in the Subpoenas is for the time period of two (2) years prior to the Filing Date;

(Page 3)

Debtor: VoicePulse, Inc.
Case No.: 16-25075 (MBK)
Caption of Order: Order Respecting Motion To Quash Rule 2004 Subpoenas Served by Unsecured Creditor Ketan P. Patel and for a Protective Order

---

      b. No proprietary or confidential information needs to be produced;

      c. No personal information of Sakaria and/or his spouse is to be produced;

      d. Information already in the possession or control of Patel will not be produced; and

      e. Voluminous documents may be produced in summary format.

Based upon the deposition testimony, Patel may seek further reasonable documents, as mutually agreed upon by the parties or, if no agreement can be reached, then through further leave of this Court.

4824-2640-6968, v. 1