# Wells Fargo Business Choice Checking





VOICEPULSE INC
1095 CRANB S RIV RD STE 16
JAMESBURG NJ 08831-3411

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/plan.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $6,149.84 |
| Deposits/Credits | 65,561.54 |
| Withdrawals/Debits | - 71,711.38 |
| **Ending balance on 8/31** | **$0.00** |
| Average ledger balance this period | $2,024.42 |

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:

■ Savings -

Account number:

**VOICEPULSE INC**

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 021200025

For Wire Transfers use
Routing Number (RTN): 121000248




## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/1 | | Online Transfer From Voicepulse Inc Business Checking xxxxxxxxxx0957 Ref #Ibe2W98Fjy on 07/30/16 | 3,000.00 | | |
| 8/1 | | Online Transfer From Voicepulse Inc Business Checking xxxxxxxxxx0957 Ref #Ibekdkl55Y on 08/01/16 | 9,000.00 | | |
| 8/1 | | Purchase authorized on 07/28 Quick Chek Corpora Dayton NJ S466210860103505 Card 8022 | | 12.28 | |
| 8/1 | | Purchase authorized on 07/29 Vamp Communication 919-8900001 NC S466211742538217 Card 8022 | | 300.00 | |
| 8/1 | | Recurring Payment authorized on 07/30 Hubspot (Fka Sidek 888-482-7768 MA S386212526754689 Card 8022 | | 50.00 | |
| 8/1 | | Purchase authorized on 07/31 Audible Adbl.CO/Bill NJ S586213741400264 Card 8022 | | 16.00 | |
| 8/1 | | Paypal Inst Xfer 160731 Ebay Inc Ravi Sakaria | | 3.52 | |
| 8/1 | | Borgata.Com on-Line 160731 1692018047 Sakaria | | 20.00 | |
| 8/1 | | Borgata.Com on-Line 160731 1691983547 Sakaria | | 20.00 | |
| 8/1 | | New Logic (877) Preauthpmt 160729 Newlogic Voicepulse | | 563.64 | |
| 8/1 | | U.S. Bank N.A. Payment 160729 000001522060342 2016210839-Orravi Saka | | 1,481.54 | |
| 8/1 | 7646 | Check | | 69.98 | |
| 8/1 | 8241 | Check | | 500.00 | |
| 8/1 | 8252 | Check | | 500.00 | |
| 8/1 | 8198 | Check | | 500.00 | |
| 8/1 | 8210 | Check | | 500.00 | |
| 8/1 | 8221 | Check | | 500.00 | |
| 8/1 | 8231 | Check | | 500.00 | |
| 8/1 | 8143 | Check | | 500.00 | |
| 8/1 | 8155 | Check | | 500.00 | |
| 8/1 | 8165 | Check | | 500.00 | |
| 8/1 | 8186 | Check | | 500.00 | |
| 8/1 | 8098 | Check | | 500.00 | |
| 8/1 | 8108 | Check | | 500.00 | |
| 8/1 | 8121 | Check | | 500.00 | |
| 8/1 | 8133 | Check | | 500.00 | |
| 8/1 | 8076 | Check | | 500.00 | |
| 8/1 | 8088 | Check | | 500.00 | |
| 8/1 | 7622 | Check | | 562.00 | |
| 8/1 | 7637 | Check | | 570.00 | 6,480.88 |
| 8/2 | | Online Transfer From Voicepulse Inc Business Checking xxxxxxxxxx0957 Ref #Ibe5Scxgqt on 08/02/16 | 3,000.00 | | |
| 8/2 | | Purchase authorized on 08/02 Apl* Itunes.Com/Bi 866-712-7753 CA S466214313915505 Card 8022 | | 14.99 | |
| 8/2 | | Recurring Payment authorized on 08/01 Github.Com 2Xju7 415-448-6673 CA S386214492511347 Card 8022 | | 7.00 | |
| 8/2 | | WT Fed#03429 Td Bank, NA /Ftr/Bnf=Graypeak Communications Srf# Voicepulse Trn#160802041281 Rfb# 000000279 | | 2,103.94 | |
| 8/2 | | Intuit Pymt Soln Acct Fee 160802 426928300019972 Voicepulse Inc. | | 19.95 | |
| 8/2 | | Authnet Gateway Billing 85587331 Voicepulse Inc. | | 25.70 | |
| 8/2 | | Authnet Gateway Billing 85525058 Voicepulse Inc. | | 217.20 | |
| 8/2 | | New Logic (877) Preauthpmt 160801 Newlogic Voicepulse | | 563.64 | 6,528.46 |
| 8/3 | | Echeck.Net Funding 85597099 Voicepulse Inc. | 16.84 | | |
| 8/3 | | Online Transfer From Voicepulse Inc Business Checking xxxxxxxxxx0957 Ref #Ibev3Qp478 on 08/03/16 | 37,500.00 | | |
| 8/3 | | Purchase authorized on 08/01 Zendesk, Inc. 888-6704887 CA S386214398137361 Card 8022 | | 378.78 | |
| 8/3 | | Purchase authorized on 08/02 Google *Svcsapps_V CC@Google.Com CA S386215368317846 Card 8022 | | 50.00 | |
| 8/3 | | Purchase authorized on 08/02 Vamp Communication 919-8900001 NC S466215549133735 Card 8022 | | 300.00 | |



**WELLS FARGO**

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/3 | | Recurring Payment authorized on 08/02 Wufoo.Com/Charge 813-4213676 CA S466215625781485 Card 8022 | | 29.95 | |
| 8/3 | | Purchase authorized on 08/03 Amazon Web Service Aws.Amazon.CO WA S306216250434259 Card 8022 | | 3,285.62 | |
| 8/3 | 7649 | Deposited OR Cashed Check | | 949.30 | |
| 8/3 | 7650 | Deposited OR Cashed Check | | 10,624.75 | |
| 8/3 | | New Logic (877) Preauthpmt 160802 Newlogic Voicepulse | | 563.64 | |
| 8/3 | 7648 | Check | | 1,055.68 | |
| 8/3 | 7655 | Check | | 109.00 | |
| 8/3 | 7651 | Check | | 1,349.34 | |
| 8/3 | 7652 | Check | | 2,050.58 | 23,298.66 |
| 8/4 | | Online Transfer From Voicepulse Inc Business Checking xxxxxxxxxx0957 Ref #Ibeclhkwbr on 08/04/16 | 4,000.00 | | |
| 8/4 | | Purchase authorized on 08/02 Sendgrid 303-5520653 CO S306215228935598 Card 8022 | | 79.95 | |
| 8/4 | | Purchase authorized on 08/03 Uncle Bob's Self S Jamesburg NJ S306216202756854 Card 8022 | | 261.45 | |
| 8/4 | | Purchase authorized on 08/03 Vamp Communication 919-8900001 NC S466216497098827 Card 8022 | | 350.00 | |
| 8/4 | | Purchase authorized on 08/03 Voicepulse 732-339-5101 NJ S386216620818150 Card 8022 | | 1.00 | |
| 8/4 | | Purchase authorized on 08/03 Stop & Shop 0810 Monroe Twnshp NJ S586216672162396 Card 8022 | | 13.08 | |
| 8/4 | | Purchase authorized on 08/03 Voicepulse 732-339-5101 NJ S386216683583150 Card 8022 | | 1.00 | |
| 8/4 | | Purchase authorized on 08/03 Voicepulse 732-339-5101 NJ S306216691657462 Card 8022 | | 1.00 | |
| 8/4 | | Purchase authorized on 08/03 Voicepulse 732-339-5101 NJ S466216704281914 Card 8022 | | 1.00 | |
| 8/4 | | Purchase authorized on 08/03 Voicepulse 732-339-5101 NJ S466216712584983 Card 8022 | | 1.00 | |
| 8/4 | | Purchase authorized on 08/03 Vamp Communication 919-8900001 NC S386216784375971 Card 8022 | | 350.00 | |
| 8/4 | | New Logic (877) Preauthpmt 160803 Newlogic Voicepulse | | 563.64 | 25,675.54 |
| 8/5 | | Online Transfer From Voicepulse Inc Business Checking xxxxxxxxxx0957 Ref #Ibe8Pgghl6 on 08/05/16 | 6,000.00 | | |
| 8/5 | | Recurring Payment authorized on 08/04 Papertrail Inc. 2066838769 OR S306217344704362 Card 8022 | | 14.00 | |
| 8/5 | | Purchase authorized on 08/05 Comcast 800-Comcast NJ S466217619334305 Card 8022 | | 204.35 | |
| 8/5 | | Purchase authorized on 08/04 Vamp Communication 919-8900001 NC S466217723848231 Card 8022 | | 300.00 | |
| 8/5 | | WT Fed#05735 Lakeland Bank /Ftr/Bnf=Trenk Dipasquale Della Fera & Sodan Srf# IN16080506421178 Trn#160805041430 Rfb# 000000280 | | 30,717.00 | |
| 8/5 | | U. P. S. UPS Bill 16212000098Y11E Voice Pulse, Inc | | 31.00 | |
| 8/5 | | New Logic (877) Preauthpmt 160804 Newlogic Voicepulse | | 563.64 | |
| 8/5 | | Overdraft Protection From 2000058970119 | 300.08 | | 145.63 |
| 8/8 | | Online Transfer From Voicepulse Inc Business High Yield Savings xxxxxxxxxx0119 Ref #Ibecljv2Hg on 08/08/16 | 1,300.00 | | |
| 8/8 | | Purchase authorized on 08/05 Voicepulse 732-339-5101 NJ S586218468353345 Card 8022 | | 1.00 | |
| 8/8 | | Purchase authorized on 08/05 Vamp Communication 919-8900001 NC S306218675862677 Card 8022 | | 400.00 | |
| 8/8 | | Purchase authorized on 08/06 Docusign 866-219-4318 WA S466219381600108 Card 8022 | | 40.00 | |
| 8/8 | | Recurring Payment authorized on 08/07 Fs *Myget.Org 877-3278914 CA S466220378576861 Card 8022 | | 25.00 | |
| 8/8 | | New Logic (877) Preauthpmt 160805 Newlogic Voicepulse | | 563.64 | |
| 8/8 | 7647 | Check | | 1,144.03 | |
| 8/8 | | Overdraft Protection From 2000058970119 | 1,039.80 | | 311.76 |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|---------|----------|---------|
| 8/10 | | Purchase authorized on 08/08 Apl* Itunes.Com/Bi 866-712-7753 CA S466221065721077 Card 8022 | | 11.76 | |
| 8/10 | | Purchase authorized on 08/09 Vamp Communication 919-8900001 NC S386222012765980 Card 8022 | | 300.00 | 0.00 |
| 8/11 | | Purchase Return authorized on 08/10 Intuit *Payroll 888-537-7794 CA S626224547855358 Card 8022 | 83.00 | | |
| 8/11 | | Client Analysis Srvc Chrg 160810 Svc Chge 0716 002000011634971 | | 280.88 | -197.88 |
| 8/16 | | Client Analysis Srvc Chrg 160815 Rev Chge 0716 002000011634971 | 280.88 | | 83.00 |
| 8/17 | | Amzniry0ltct Marketplac 160817 Blqxzfubit8Msrs Payments.Amazon.Com ID#Blqxzfubit8Msrs | 40.94 | | 123.94 |
| 8/22 | | Withdrawal Made In A Branch/Store | | 123.94 | 0.00 |
| **Ending balance on 8/31** | | | | | **0.00** |
| **Totals** | | | **$65,561.54** | **$71,711.38** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 7622 | 8/1 | 562.00 | 7655 * | 8/3 | 109.00 | 8165 * | 8/1 | 500.00 |
| 7637 * | 8/1 | 570.00 | 8076 * | 8/1 | 500.00 | 8186 * | 8/1 | 500.00 |
| 7646 * | 8/1 | 69.98 | 8088 * | 8/1 | 500.00 | 8198 * | 8/1 | 500.00 |
| 7647 | 8/8 | 1,144.03 | 8098 * | 8/1 | 500.00 | 8210 * | 8/1 | 500.00 |
| 7648 | 8/3 | 1,055.68 | 8108 * | 8/1 | 500.00 | 8221 * | 8/1 | 500.00 |
| 7649 | 8/3 | 949.30 | 8121 * | 8/1 | 500.00 | 8231 * | 8/1 | 500.00 |
| 7650 | 8/3 | 10,624.75 | 8133 * | 8/1 | 500.00 | 8241 * | 8/1 | 500.00 |
| 7651 | 8/3 | 1,349.34 | 8143 * | 8/1 | 500.00 | 8252 * | 8/1 | 500.00 |
| 7652 | 8/3 | 2,050.58 | 8155 * | 8/1 | 500.00 | | | |

*\* Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 08/01/2016 - 08/31/2016 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $2,024.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
| - Average ledger balances in business checking, savings, and time accounts | | |



**WELLS FARGO**

---

*Monthly service fee summary (continued)*

| | Minimum required | This fee period |
|---|---|---|
| **How to avoid the monthly service fee** | | |

- Most recent statement balance of Wells Fargo business credit cards, Wells Fargo Business Secured Credit Card, BusinessLine® line of credit, Wells Fargo Small Business Advantage® line of credit , Working Capital Line of Credit, Advancing Term Line of Credit, and BusinessLoan® term loan
- Combined average daily balances from the previous month for Wells Fargo Business PrimeLoan℠, Commercial Equity Loan, Commercial Refinance Loan, Commercial Purchase Loan, Commercial Equity Line of Credit, Small Business Advantage® loan, Equipment Express® loan, and Equipment Express® Single Event loan

wx/wx

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 42 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



# IMPORTANT ACCOUNT INFORMATION

Here's some clarifying information on when your account could become dormant and what could happen.

### When does my account become dormant?

Generally, your account becomes dormant if you do not initiate an account-related activity for 12 months for a checking account, 34 months for a savings account, or 34 months after the first renewal for a Time Account (CD). An account-related activity is determined by the laws governing your account. Examples of account-related activity are depositing or withdrawing funds at a banking location or ATM, or writing a check which is paid from the account. Automatic transactions (including recurring and one-time), such as pre-authorized transfers/payments and electronic deposits, set up on the account may not qualify as account-related activity that you initiated.

### What happens to a dormant account?

We put safeguards in place to protect a dormant account which may include restricting the following: transfers between your Wells Fargo accounts using your ATM/debit card; transfers by phone using our automated banking service; transfers or payments through online, mobile, and text banking (including Bill Pay); or wire transfers (incoming and outgoing).

Normal monthly service and other fees continue to apply (except where prohibited by law). Your account funds may be transferred to the appropriate state if no activity occurs in the account within the time period as specified by state law. This transfer is known as "escheat." After transferring your account funds to the state, we will close your account and any interest will stop accruing. To recover your account funds, you must file a claim with the state.

For more information, please see your Business Account Agreement, speak with a local banker, or call the phone number on the top of your statement.

---

We would like to remind you of the following:



Under the ACH Rules, the Bank can return any non-consumer ACH debit entry as unauthorized until midnight of the business day following the business day the Bank posts the entry to your account. In order for the Bank to meet this deadline, you are required to notify us to return any non-consumer ACH debit entry as unauthorized by the cutoff time we separately disclose. The cutoff time is currently 3:00 PM Central Time. If you do not timely notify us of the unauthorized non-consumer ACH debit entry, we will not be able to return it without the cooperation and agreement of the originating bank and the originator of the debit entry. Any other effort to recover the funds must occur solely between you and the originator of the entry.




## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                 $ _____
register or transfers into                    $ _____
your account which are not                    $ _____
shown on your statement.                    + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801