| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **TRENK, DiPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ 07052<br>(973) 243-8600<br>Anthony Sodono, III<br>Michele M. Dudas<br>*Counsel to VoicePulse Inc.,*<br>*Chapter 11 Debtor and Debtor-in-Possession* | Order Filed on September 20, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>VOICEPULSE INC.,<br><br>               Debtor. | Case No. 16-25075 (MBK)<br><br>Chapter 11<br><br>Honorable Michael B. Kaplan |

**FINAL ORDER (I) PROHIBITING UTILITY COMPANIES FROM DISCONTINUING, ALTERING, OR REFUSING SERVICE, (II) DEEMING UTILITY COMPANIES TO HAVE ADEQUATE ASSURANCE OF PAYMENT, AND (III) ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS FOR ADDITIONAL ASSURANCE PURSUANT TO 11 U.S.C. §§ 105(a) AND 366**

The relief set forth on the following pages, numbered two (2) through four (4), is hereby **ORDERED.**

**DATED: September 20, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | VoicePulse Inc. |
| Case No.: | 16-25075 (MBK) |
| Caption of Order: | Final Order (I) Prohibiting Utility Companies from Discontinuing, Altering, or Refusing Service, (II) Deeming Utility Companies to Have Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests for Additional Assurance Pursuant to 11 U.S.C. §§ 105(a) and 366 |

Upon the motion (the "Motion") of VoicePulse Inc., Chapter 11 debtor and debtor-in-possession ("Debtor"), for entry of an Order pursuant to Sections 105(a) and 366 of the Bankruptcy Code: (i) prohibiting the Utility Companies (as defined in the Motion) from discontinuing, altering, or refusing service to the Debtor except as set forth herein, (ii) deeming the Utility Companies adequately assured of future performance on the basis of the establishment of a Utility Deposit, and (iii) establishing procedures for resolving requests for additional assurance of payment; and due and proper notice of the Motion having been given; and it appearing that no other or further notice is required; and upon consideration of the Motion and all pleadings related thereto; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. §157(b)(2); and it appearing that venue of this proceeding and this Motion is proper pursuant to 28 U.S.C. §§1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate, and creditors; and after due deliberation thereon, and good and sufficient cause appearing therefor; it is hereby

**ORDERED** that:

1. The Motion is granted.

2. The Debtor shall pay all post-petition utility charges in accordance with its pre-petition practices on all utility services rendered by Utility Companies to the Debtor post-petition.

| | |
|---|---|
| Debtor: | VoicePulse Inc. |
| Case No.: | 16-25075 (MBK) |
| Caption of Order: | Final Order (I) Prohibiting Utility Companies from Discontinuing, Altering, or Refusing Service, (II) Deeming Utility Companies to Have Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests for Additional Assurance Pursuant to 11 U.S.C. §§ 105(a) and 366 |

3. Within ten (10) business days after the date of entry of this Order, the Debtor shall furnish the Utility Companies adequate assurance of payment for post-petition services by issuing a security deposit as set forth on **Exhibit "A"** annexed hereto.

4. All capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

5. Absent any further order of the Court, each Utility Company is hereby prohibited from (i) discontinuing, altering, or refusing service to the Debtor on account of any unpaid pre-petition charges or otherwise, or (ii) requiring the payment of an additional security deposit or receipt of any other security from the Debtor in connection with any unpaid pre-petition charges except as set forth herein and in the Motion.

6. The Debtor is authorized, in its sole discretion, to amend the list of Utility Companies annexed hereto as **Exhibit "A,"** or to add or delete any Utility Company.

7. If the Debtor amends the list of Utility Companies to add a Utility Company not previously included on **Exhibit "A"** (an "Additional Utility Provider"), the Debtor shall issue a security deposit equal to two weeks of services utilized by the Debtor, based on a yearly average, as adequate assurance of future performance to the Additional Utility Provider. This Order shall apply to any such Utility Company that is subsequently added to **Exhibit "A,"** provided that an Additional Utility Provider shall have thirty (30) days from the date of service of the Motion and the Order to such Additional Utility Provider to make an Additional Payment Request. If an Additional Payment Request is made, the Debtor shall abide by the procedures set forth herein.

(Page 4)

| | |
|---|---|
| Debtor: | VoicePulse Inc. |
| Case No.: | 16-25075 (MBK) |
| Caption of Order: | Final Order (I) Prohibiting Utility Companies from Discontinuing, Altering, or Refusing Service, (II) Deeming Utility Companies to Have Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests for Additional Assurance Pursuant to 11 U.S.C. §§ 105(a) and 366 |

8. The Debtor is hereby authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

4828-2141-9062, v. 1

# EXHIBIT A

### Utilities

| Name | Address | Monthly Average | Proposed Deposit |
|---|---|---|---|
| PSE&G | P.O. Box 14444<br>New Brunswick, NJ 08906 | $683 | $170.75 |
| Verizon | P.O. Box 4846<br>Trenton, NJ 08650 | $41 | $11.00 |
| Comcast<br>(2 Accounts) | P.O. Box 37601<br>Philadelphia, PA 19101 | $771 | $192.75 |

United States Bankruptcy Court
District of New Jersey

In re:  
VoicePulse Inc.  
    Debtor

Case No. 16-25075-MBK  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Sep 21, 2016  
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2016.  
db        +VoicePulse Inc.,   1095 Cranbury South River Road,   Suite 16,   Monroe Township, NJ 08831-3411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2016                                                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2016 at the address(es) listed below:  
        Anthony  Sodono, III   on behalf of Plaintiff    VoicePulse Inc. asodono@trenklawfirm.com  
        Anthony  Sodono, III   on behalf of Debtor    VoicePulse Inc. asodono@trenklawfirm.com  
        Benjamin  Teich   on behalf of U.S. Trustee    United States Trustee Benjamin.Teich@usdoj.gov  
        Brian W. Hofmeister   on behalf of Interested Party Ravi  Sakaria bwh@hofmeisterfirm.com  
        David H. Stein   on behalf of Unknown Role Type    Forsgate Industrial Complex dstein@wilentz.com,  
          ciarkowski@wilentz.com  
        John J. Zefutie, Jr   on behalf of Creditor Ketan  Patel jjzefutie@duanemorris.com  
        Michele M. Dudas   on behalf of Debtor    VoicePulse Inc. mdudas@trenklawfirm.com  
        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        Walter J. Greenhalgh   on behalf of Creditor Ketan  Patel wjgreenhalgh@duanemorris.com,  
    tjsantorelli@duanemorris.com;dalvarado@duanemorris.com;AutoDocketNWK@duanemorris.com  
                                                                                                                                                                                                 TOTAL: 9